AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| Jessica Rae Reznicek | ) Case No. 4:19-cr-172 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Jessica Rae Reznicek,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct 1: Conspiracy to damage an energy facility, in violation of 18 U.S.C. § 1336(a);
Cts 2, 4, 6, 8: Use of fire in the commission of a felony, in violation of 18 U.S.C. §§ 844(h) and 2;
Cts 3, 5, 7, 9: Malicious use of fire, in violation of 18 U.S.C. §§ 844(i) and 2.

WARRANT ISSUED
JOHN S. COURTER, Clerk

Date: 09/19/2019

By: _____
    DEPUTY CLERK

City and state:   Des Moines, Iowa

Helen C. Adams, United States Chief Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 9/19/2019, and the person was arrested on (date) 10/1/2019
at (city and state) DES MOINES, IOWA.

Date: 10/1/2019

*Arresting officer's signature*

DENNIS HERINK   TFO FBI
*Printed name and title*