IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:19-cr-172 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA RAE REZNICEK, and | ) | DEFENDANT JESSICA REZNICEK'S |
| RUBY KATHERINE MONTOYA, | ) | UNRESISTED MOTION TO CONTINUE |
| | ) | TRIAL AND TO EXTEND DEADLINES |
| Defendants. | ) | |

COMES NOW, the defendant, Jessica Rae Reznicek, through counsel, and moves to continue the trial currently set for December 2, 2019, and for an extension of the pretrial motion deadline. In support of this motion, counsel states as follows:

1. The defendants are charged in a nine-count indictment charging: conspiracy to damage an energy facility in violation of 18 U.S.C. § 1366(a) - Count 1; use of fire in the commission of a felony in violation of 18 U.S.C. §§ 844(h) and 2 – Counts 2, 4, 6 and 8; and malicious use of fire in violation of 18 U.S.C. §§ 844(i) and 2 – Counts 3, 5, 7 and 9.

2. This is a complex case involving two defendants, events on multiple dates and at multiple locations, and a voluminous amount of discovery. The undersigned received the initial production of discovery from the government on October 25, 2019, and has been told that there will be additional discovery forthcoming. Additional time is necessary to review all discovery, investigate the case, and consult with the defendant.

3. Counsel for the government, Assistant U.S. Attorney Jason T. Griess, indicates that he does not resist this motion. The undersigned has contacted counsel for codefendant Ruby Katherine Montoya, Angela Campbell, and she has advised that she will either join or

oppose this motion on Monday, November 4, 2019.

4.  Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial, the period would be excludable time for speedy trial purposes.

5.  Trial in this matter had not been previously continued. This is the first motion to continue trial filed in the case.

6.  Defendant Jessica Rae Reznicek is currently on pretrial release.

WHEREFORE, defendant Jessica Rae Reznicek requests a continuance of the current trial date and a corresponding extension of the pretrial deadlines to the March 2020 trial setting.

Respectfully Submitted,

/s/ Melanie S. Keiper
MELANIE S. KEIPER
Assistant Federal Public Defender
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
Phone: (515) 309-9610
Fax: (515) 309-9625
Email: melanie_keiper@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/ Morgan Conn, Paralegal