**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| The United States of America | |
| Plaintiff, | Case No. |
| vs. | |
| | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant(s). | |

_____

_____, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of the defendant, _____.

_____ is a member in good standing of the bar of _____ and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

_____ further states that pro hac vice admission on behalf of the above party in this case is authorized by LR 83.1.d.2.

/s/_____
_____
_____
_____
_____
_____