IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>RUBY MONTOYA,<br>    Defendant. | )<br>)  Criminal No. 4:19-CR-00172<br>)<br>)<br>)  JOINDER OF MOTION<br>)  TO CONTINUE TRIAL AND EXTEND<br>)  DEADLINES |

COMES NOW, the defendant Ruby Montoya, and hereby moves to continue trial and extend deadlines, and in so doing joins in Defendant Reznicek's Motion to Continue Trial and to Extend Deadlines (Dkt 33, filed 11/1/19).

1. Defendant Montoya joins and incorporates the arguments made by Defendant Reznicek, and relies on the same grounds identified in Defendant Reznicek's Motion to Continue Trial and to Extend Deadlines filed in this matter.

2. In regards to the trial date, counsel for Montoya believes it may be prudent to choose a later date, perhaps June-August of 2020, given the size and nature of discovery in the case.

        **/s/Angela L. Campbell**
        Angela L. Campbell AT# 0009086
        DICKEY, CAMPBELL, & SAHAG LAW FIRM, P.L.C.
        301 E. Walnut St., Suite 1
        Des Moines, Iowa 50309
        PHONE: 515.288.5008
        FAX: 515.288.5010
        E-MAIL: angela@iowajustice.com

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:
    _____ U.S. Mail        _____ Fax
    _____ Courthouse Mail  _____ Hand delivered
    _____ Certified Mail    __x__ Other (electronic)

Signature:     /s/Angela L. Campbell

Date:     11/07/19