IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JESSICA RAE REZNICEK and RUBY KATHERINE MONTOYA,<br><br>　　Defendants. | No. 4:19-cr-00172-RGE-HCA<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL |

Defendant Ruby Katherine Montoya moves to continue the jury trial currently set for December 7, 2020. ECF No. 74. Defendant Jessica Rae Reznicek does not object to continuing the trial. *Id.* ¶ 3. The Government also does not object. *Id.* ¶ 4.

**IT IS ORDERED** that Defendant Ruby Katherine Montoya's Motion to Continue Trial, ECF No. 74, is **GRANTED**. Trial in this case is continued and rescheduled to commence on February 16, 2021.

**IT IS FURTHER ORDERED** that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. *See* 18 U.S.C. § 3161. The Court further finds that the ends of justice served by a continuance outweigh the best interest of the public and Defendants in a speedy trial because a failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), (iv). The new trial date will be maintained, assuming conditions allow for a safe trial environment for the parties, attorneys, jurors, and court staff.

**IT IS SO ORDERED.**

Dated this 11th day of November, 2020.

*[signature]*
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE