

*Jesuit Residence*
of Saint Ignatius High School

Ad Majorem Dei Gloriam

AD 2021 May 7
Friday of the 5th Week of Easter

The Honorable Rebecca Goodgame Ebinger
Southern Iowa U S District Court
123 East Walnut Street
Des Moines IA 50309

Subject: May 28, 2021 sentencing of Jessica Reznicek

Your Honor, my name is Ben Jimenez, and I write from Cleaveland, Ohio. I am a Catholic priest and belong to a religious order called the Society of Jesus. I have familiarity with the Des Moines Catholic Worker through correspondence with Frank Cordero, the "founding father" of the Des Moines Catholic Worker (DMCW) and through reading their newspaper "Via Pacis" for a number of years. It is through both Frank and "Via Pacis" that I also have familiarity with Jessica Reznicek, on whose behalf I write to you today.

Jessica Reznicek has lived on and off at the DMCW for the last decade. It's a community of 10-12 people, young and old, who dedicate themselves to the corporal works of mercy as defined by the Catholic Church: feeding the hungry, providing drink to the thirsty, clothing the naked, visiting the imprisoned, caring for the sick, and burying the dead. In addition, the members of the DMCW engage in public protests and non-violent civil disobedience at places like the Des Moines National Guard Armory, Offut Air Force Base in NE, and the Des Moines State House to call attention to the injustice of our system which leaves the needs of the nation's poor unmet. It is the non-violence aspect and the designation "domestic terrorist" that I would like to address.

As I mentioned, Jessica for a while left the DMCW to travel and visit friends. Her time away included an extended stay with the Benedictine Sisters of Duluth, MN, a group of Catholic nuns who live in a monastery. This surprised alot of people but then again not really because Jessica is searching for a way to live out her convictions.

It was while she was away that we all learned of her activity involving the Dakota Access Pipeline (DAP). Which is to say, Your Honor, Jessica consulted none of the experienced and seasoned Catholic Worker community about her plan. I want you to know that had she consulted the community veterans they would have taken her to task for her proposed scheme. Why? Because her action was violent, and out of step with Catholic Worker values. Despite living under the DMCW roof for many months Jessica obviously did not think carefully about the nature of her actions or the consequences. Catholic workers always extensively discuss every aspect of a public witness that involves an arrest.

As her story goes, Jessica (and Ruby Montoya) wanted to stop the DAP. After a number of successful sabotage efforts, they arrived at the pipeline one even-

ing to discover that indeed oil was flowing. She and Ruby left the site dejected and upset for in their minds, they failed.

Had she been staying at the Catholic Worker, the community would have told her that frustration and disappointment are par for the course for anyone who works for social justice. For example, the DMCW have opposed United States war-making efforts for the last 70 years - with very little to show for it. They know the struggle for a peaceful world requires working like a trojan - for the long haul. While the DMCW achieved no tangible results for their years of efforts, what they do have is a principled and disciplined non-violent history, including jail terms, on behalf of those on the receiving end of U S firepower. And while some of the community members are now in their 70's, they continue their faithful, nonviolent witness. All of this, Your Honor, the DMCW could have taught Jessica had she been at the house.

Since their discovery of oil flowing through the DAP, I would say a year or so passed, when a rather bizarre incident occured. Jessica and Ruby appeared on a nationally syndicated radio and computer live-streamed program called "Democracy now" on which they explained the how, why, where, and what of their sabotage efforts. (You may search the world wide web for their names and "democracy now" and watch the very video of which I speak on youtube). As Jessica explained on the broadcast, they went public out of frustration. They attended sit-ins, protests, engaged in hunger strikes, and wrote letters to elected officials - with no results. Their confession was an effort to encourage others to take action against the DAP. Your Honor, no one followed their example, and their public confession / announcement baffled everyone.

Not long after their appearance on "democracy now" Jessica returned to the Catholic Worker House, and within the following 12-months, the FBI came knocking at their door.

People who work for justice need community for mutual support and to have people under a common roof with whom to discuss ideas and plans. I think you can see that Jessica (and Ruby) had none of this - and now they will have to face the consequences.

Jessica has been living and working at the DMCW steadily for the past two years, doing the work of 2-3 people. I was very happy to learn also that she has been attending daily catholic mass. She and Ruby have strong convictions, and they acted on them. While noble in their attempts to save the water tables of several states, they were also imprudent, impatient, and lacking in knowledge of the size and scale of their undertaking, and the consequences of their choice of means. Plain talk, Your Honor; they made some, for lack of better terms "basic mistakes" in their activism on behalf of the earth and its water.

While "imprudent and impatient" accurately describe them, there is a phrase which is inaccurate: domestic terrorists. Your Honor, you and I know that designation belongs to Timothy McVeigh, The Unabomber, Antifa, the boogaloo bois and anyone else who uses violent means against the U S government. Jessica and Ruby did not have this in mind at all.

Jessica and Ruby pled guilty to conspiracy to damage an energy facility, and I ask you to sentence them accordingly. They are domestic, but certainly not domestic terrorists.

I thank you for your time, and I have the honor to be,

```
B JIMENEZ SJ
2926 CARROLL AVE
ST IGNATIUS HIGH SCHOOL JESUIT COMMUNITY
CLEAVELAND  44113
```

CLEVELAND OH 440   NEOPOST
11 MAY 2021PM 6 L   05/11/2021
US POSTAGE $000.55⁰

ZIP 44113
041M11450825

```
THE HONORABLE REBECCA GOODGAME EBINGER
    SOUTHERN IOWA U S DISTRICT COURT
         123 EAST WALNUT STREET
           DES MOINES IA   50309
```

RECEIVED
MAY 1 4 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

X-RAYED & CLEARED BY U.S.M.S. 

50309-203599