May 6ᵗʰ, 2021

Dr. Elizabeth Lynn (Liza) Anderson

Duluth, MN


Re: Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I am an assistant professor of theology and monastic studies at the College of Saint Scholastica, a Benedictine college founded by the sisters of St. Scholastica Monastery in Duluth, MN.

Jessica Reznicek was the very first person I met when I moved to Duluth in 2019. I found her sitting at the welcome desk at St. Scholastica's monastery and we quickly became friends. We were both exploring religious vocations. At the time she was living in the monastery and my office was just down the hall, with the chapel directly in the middle.

Jessica was a dearly loved member of the monastery community, and brought a vibrancy and joy to its shared life. Although we are both women in our late thirties, we are nevertheless several decades younger than most of the sisters, and having the two of us around brought an aura of hope and energy to a community which, without her, has sometimes felt more like a cozy Christian retirement home. The sisters often remarked in wonder that they never would have imagined that two women our age, both very different from one another, could possibly fit in with them so well. Even when we fell into monastic transgressions like giggling in the corridors or whispering in the cafeteria line, it was clear that the sisters who corrected us were delighted to actually have a problem like "too much youthful exuberance" on their hands for a change!

Jessica was an important presence for me during what was otherwise a difficult initial transition to life in Duluth after a decade spent in graduate school at Harvard and Yale. The first time she came to my apartment, she gazed in wonder at the thousands of books lining every wall. I felt rather proud, falsely assuming that she was marveling at this impressive symbol of academic acumen. Instead, she turned around and said sympathetically, "Wow. You must have a terrible time making friends!"

Her diagnosis was not wrong! Thankfully for me, however, Jessica makes friends easily, and we soon had many long conversations about discernment, prayer, vocation, and community life. Jessica has a rare ability to connect with people from all different backgrounds and walks of life, whether that was the undergraduates at the college, the guests she served through the feeding



program of the Damiano Center, the elderly sisters in nursing home care, or awkward scholars who had spent their entire adult lives learning how to interpret texts rather than people.

Jessica is a woman of great integrity, who has always reflected carefully and done her best to act according to her conscience. She has never tried to evade or to deny responsibility for her actions, and has responded with maturity and grace throughout the legal proceedings, making the best of circumstances and continuing to find ways to be a useful presence in the community even under constraints. While her actions against the Dakota Access Pipeline perhaps showed more zeal than prudence, I can imagine no better place to continue to grow in virtue than a monastic community filled with wise, older women who love her.

I would ask you to consider not sentencing Jessica to prison so that she can return to the monastic community whose presence she so greatly enriched. Most of the sisters are very advanced in years. Six sisters died in 2020, and another nine between 2018 and 2019. Demographics suggest that the coming years will only see further losses. Yet the spontaneous affection and vibrant spirit that Jessica brought to the community prevented the monastery from seeming like only a museum, in which time was marked mainly by a relentless stream of funerals. Jessica gave the community a spark of hope and of joy, and in return they modeled for her patience, wisdom, and prudence.

Thank you for taking this information into consideration as you consider appropriate sentencing. If I can offer any further information that would be helpful for your discernment, please do not hesitate to contact me.

Sincerely,
Liza Anderson
(Elizabeth Lynn Anderson)


Duluth, MN

Sr. Jeanne Ann Weber, St. Scholastica Monastery,                    . Duluth, Mn.        <u>May 4, 2021</u>

****Subject: Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

**Dear Judge Ebinger**,     I first met Jessica Reznicek when she became a volunteer at St. Scholastica Monastery, Duluth MN beginning in March of 2019. Live-in Associates share our life of prayer and work, take time to deepen their spirituality, and volunteer their time and talents within the context of a religious community.

One of the options for Associates is to have one of the Sisters for a spiritual director, a companion on the journey to grow in the spiritual life. She took advantage of this toward the end of March and asked me to become her spiritual director.  Around this same time, she also began therapy with a counselor.

As we are an older Community of Benedictine Sisters, her gifts, talents, and willingness to serve were important assets. Some of her ministries included outdoor work, which she relished for Jessica had an early relationship with nature, the earth, and in particular the rivers and lakes as places of peace, healing, and beauty. Jessica had several duties in our chapel. She did many other tasks in helping Sisters as she was generous, caring, and strong. She also worked with creativity and zest at Kid's Kitchen at the Damiano Center, a Center for those in need.

We have Morning &Evening Prayer and Mass every day. She was very faithful in attending. She found the psalms, Bible reading, and the Mass very meaningful in her life. She also did personal prayer in our Eucharistic Chapel, often in the early morning & evening hours. She has grown in her relationship with Mary and Jesus.

In Oct. of 2019, there was a warrant for her arrest because of her stand and actions against the pipeline in Iowa. She went to Des Moines and turned herself in and was put on an ankle monitor and she returned to Duluth. When she was on probation, she was extremely conscientious in following the schedule set up with her probation officer. She continued volunteering here with her very caring, responsible, and joy-filled spirit.

When Jessica returned to Des Moines, I continued to keep contact with her through weekly spiritual direction sessions by telephone. She shared about her work and commitment to the poor at the Catholic Worker in Des Moines. She continues to pray and meditate and often attends Mass at St. Ambrose Church.

Social activism was a part of Jessica's life at one time and was very meaningful to her and to those she encouraged and supported for an environmentally healthier world. At this stage of her life, she has become more involved in service and growing psychologically and spiritually. She is very sincere in her growth, honesty, and efforts.

Besides developing close ties with the Sisters, she also made friends in the wider Duluth community. Some close friends whom she met at Sunday Mass and volunteering, would be willing to have Jessica stay in their homes until she makes connections for potential job offers and finds an apartment. She could also continue her volunteering at the Monastery as there is much need for her gifts and willing spirit of service.

I believe Jessica should be given parole and not a jail sentence. She has been making restitution, so to speak, for the last 3 or more years, and hopefully this could continue through her volunteering and meaningful work. There were no instances of Jessica not following parole guidelines during this past  time. Jail often punishes rather than causes rehabilitation. Rehabilitation usually occurs when there is a community of healthy support for a person. Jessica would have that in Duluth through her relationships with the Sisters and other good friendships she has made here. She would have job offers because of her past connections with a variety of resources. Jessica has much in place now as she continues to grow wholistically – mind, body, and spirit through counseling, spiritual direction, and connecting with healthy friends - new and old.

   *Sr. Jeanne Ann Weber*     Director of Liturgy at St. Scholastica Monastery,
Member of the Council for the Monastery        Board member of Essentia Health East- St. Mary's Hospital
      Spiritual Director for the Center of Spirituality and Enrichment

May 3, 2021
Sister Lois Eckes, O.S.B.
St. Scholastica Monastery

Duluth, MN
Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA


Dear Judge Ebinger,
     It is a great honor for me to write this letter in support of Jessica Reznicek! I am a Benedictine Sister, a member of St. Scholastica Monastery since 1957 and came to know Jessica when we Sisters welcomed her to our monastery in 2018. While living with us as a volunteer in 2019-2020, Jessica joined us daily for community prayer and Eucharist, and served our community with a gracious and loving spirit. Some of her volunteer work included: working at our Information Desk, working in our gardens and doing other outdoor work, shoveling snow, visiting our elder Sisters in our assisted living area (they loved her and she them!), sacristan and communion minister at our Eucharistic celebrations, doing chapel laundry and being greeter at our Sunday Masses.
In all of these areas of service and in her very presence, Jessica endeared herself to our community all 75 of us! Jessica found in us a welcoming Benedictine community in which she grew spiritually, emotionally, intellectually, in her faith in wisdom and in her love for all things Benedictine!
     Jessica also worked part-time at our local

Damiano Center which provides a soup kitchen and many other services for the homeless and those who struggle with poverty. One of the services provided there is a Kids Kitchen, serving nutritious meals and a safe place to come after school hours. The children and staff loved Jessica and were very sad when she had to leave.

I am praying hard, along with the rest of our Benedictine community that you will choose to give Jessica Probation and not send her to prison! She is a beautiful woman of God who loves the earth, its sacred web of life and believes to her core that we are all one family. We need her beautiful presence among us to bring hope, healing, goodness and love to our lives and to the lives of all the people touched by her goodness and human spirit.

I do know why Jessica committed the offense against the pipeline and do believe she tried every other peaceful means to stop what she believed was endangering the land and the water for future generations. She believed she needed to take peaceful action to remedy a broken system. No one was injured by her actions and the land was protected from the flow of oil for a brief time. I personally believe that Jessica's actions and involvement over the years in raising awareness has made a difference in the concern we have today for protecting our water, land, earth

and climate. I know it has mine and for the sake of us all and for the survival of our planet and for its future inhabitants I pray we are going to act <u>now</u>, before it is too late!

I am totally confident, your Honor, that Jessica will not commit other crimes in the future. Her pipeline action, disabling the construction machinery in order to protect the land, occurred in 2016. Since then there has been no further damage done by her. As you know, defendants often do not "reoffend" if they have a supportive community. Jessica has had that both in Des Moines, Iowa and here in Duluth, MN as already mentioned. We pray that she will be able to return to Duluth, if that is meant to be, and again be a part of our Benedictine community as a volunteer and work again at the Damiano Center in some capacity. I believe she will thrive as she continues to grow spiritually and in becoming all that God created her to be!

Thank you for reading my letter! I pray for you to make the best decision for Jessica.

Sincerely & gratefully,
Sister Lois Eckes OSB
[illegible] Duluth, MN.

May 1, 2021


Melanie Keiper Federal Public Defender

400 Locust Street, Suite 340

Des Moines, IA 50309-2353


Subject: Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA


Dear Judge Ebinger:


We are Catholic nuns and members of the Congregation of the Humility of Mary. We have lived and ministered in Iowa for most of our lives. In our acquaintance with Jessica Reznicek we have witnessed her dedication to the homeless at the Catholic Worker House in Des Moines and her work with peace and justice causes to which we share a commitment. We have also come to know more of her personal story through friends whose judgment we value and trust. It is for those reasons we are writing to ask for clemency in her sentencing.

Beginning as a young child Jessica had a great love for nature; the beauty of land and water drew her to a love for creation and a strong desire to protect these gifts. For Jessica, who, in her own words "experienced some dysfunction" in her family of origin, time spent near water was like being with "a Mother" that nurtured and sustained her. The industrial growth in Iowa and the pollution and devastation inflicted upon her "Mother", therefore, grieved her greatly.

It was this love for the rivers and soil of Iowa that in 2016 motivated Jessica to stand strong in opposition to the construction of the Dakota Access Pipeline being built at the expense of Iowa's treasured rivers and fertile soil. Repeated attempts, through a variety of peaceful means, to express the objections of citizens like herself seemed to be ignored. Land was taken from landowners to enable a Texas- based corporation to proceed with the pipeline, a decision that caused Jessica great grief and frustration with a system she saw as unjust.

As Jessica's search for justice continued, she found direction, meaning and peace in 2018 with a Benedictine monastic community in Duluth, Minnesota where she volunteered in their work and shared in prayer and community life. She also worked part time in a project to help reduce childhood hunger and served some of the neediest persons in the Duluth area. Jessica hopes to return to Duluth to continue her service and personal and spiritual growth after her legal obligations are fulfilled.

It appears to us that, after these life-altering experiences, self-reflection and spiritual growth, Jessica has learned alternative ways to live and care for God's creation and is ready and eager

to walk that path in a positive way.  It is our hope and prayer that, in your consideration about her future, you will consider Jessica's earlier struggles, her growth and progress these past few years, and her aspirations to make a positive contribution to society.

It is our opinion that a probation judgment for Jessica, with the expectation that she works with the poor and homeless, while having a faith community around to support her, would be a humane and effective way for her to repay society and regain her place as a contributing citizen.   It is our prayer that you agree, Judge Ebinger.

Thank you for your consideration.


Sincerely,

*Sister Elaine Hagedorn, CHM*

Sister Elaine Hagedorn, CHM

*Sister Marilyn J. Hagedorn, CHM*

Sister Marilyn Jean Hagedorn, CHM


███████████████

Des Moines, IA ████

███████████████

22 April 2021

Melanie Keiper
Federal Public Defender
400 Locust Street, Suite 340,
Des Moines, IA 50309-2353

To Judge Rebbecca Goodgame Ebinger:

Subject:  Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

I am a long-time friend of Jessica Reznicek and know her through her work at the Catholic Worker House and also through the faith-based Des Moines Intentional Eucharistic Community.  I know her to be a woman of deepest integrity and great faith.  She has given her whole life to working for and supporting those on the margins—walking with them—and advocating for and protecting the earth, especially water.  She knows how to be present and compassionate.  I am moved by her selfless response on behalf of others and the earth.  Here is a part of her story in her words:

"Because I experienced some dysfunction in my family of origin, I discovered at a young age that nature was a place of renewal and adventure. A special discovery was a faint dirt deer trail near the outskirts of town.  Some summer days I would follow the trail hidden inside the tree line of the woods.  I would kick off my shoes and walk barefoot, feeling the earth between my toes.  The trail ran alongside a rushing creek until eventually the dirt underfoot slowly transitioned into the sandy shoreline of the Raccoon River.  As the mouth of the creek gently opened into the grandness of the Raccoon River, I would feel excitement stirring inside me.  She was treasure.  She was adventure. She was real and alive. She would call to me and I would run to her. Peeling off layers of clothing, I couldn't wait to jump in.  I would submerge my entire being into that cool, soothing, healing water.  I would plug my nose and hold my breath under water for as long as I could stand it.  Nobody else existed in that moment.  There was just the two of us.  She was all I could hear, feel and see. The Raccoon River was all around me.

"I fell in love with the water of the Raccoon River and came to regard her as a Mother. She nourished, nurtured, and sustained me. As I grew up, I would always go back to the Racoon. But as time passed and industry grew, there was evidence of changes in my Mother's body.  In less than 20 years, I saw her struggle and suffocate as foam and oil sheen covered her surface. I saw this happen not just to the Raccoon but to the other waters across Iowa. I know the cost of industrial growth in Iowa and the pollution, grime, and devastation inflicted upon my Mother.  My Mother is gasping for air. It isn't safe to swim in the Raccoon River today. If you ask people about swimming in her they laugh, because most of them only know what she is today. I might never be able to swim in that river again. And I carry that grief with me. They took a Mother from me."

With courage, she has given witness to that grief.

In 2016 Jessica took a stand against the construction of the Dakota Access Pipeline as it was being built under the rivers and through the soil of Iowa. Jessica and her fellow organizers attended public commentary hearings, gathered signatures for valid requests for Environmental Impact Statements, and

participated in Civil Disobedience, hunger strikes, marches and rallies, boycotts and encampments. But she only witnessed the government's refusal to hear the people's demands.

Last week we learned that the Raccoon River has been named one of the most endangered rivers of 2021.

Jessica's core belief in the interconnectedness of all life on our planet led her to work as a water and land protector for future generations.

She believes that her various involvements over the years in dealing with concern for the land and water by raising awareness and empowering others, has made a difference in the greater concern there is today for protecting our water, land, earth, and climate.  She has done it at great personal cost.  She has done it for all of us.

On February 6, 2021, Jessica pleaded guilty to one Count of Conspiracy to Damage an Energy Facility.  I urge that you consider probation rather than a jail sentence.  I am confident that Jessica is not a risk for any continued criminal activity.

In  2018 her spiritual journey led her from Des Moines to Duluth, MN where she volunteered with a Benedictine monastic community. She served in a number of capacities and joined them in prayer and community life. This deeply enriched her faith and spiritual practice.  Her aspiration is to return to her faith community in Duluth after resolving current legal charges.

Besides her volunteer work in Duluth, she worked part-time at Kid's Kitchen at the Damiano Center located in the poorer section of Duluth. Kids' Kitchen works to reduce childhood hunger and malnutrition by providing nutritious meals and nutrition education. This was a very meaningful experience for her and she hopes to be able to again work in some capacity at the center or at another place that serves some of the neediest in that area.

I do not hesitate to recommend her for probation.  It would be a gift to that community.

Thank you much for your consideration.

Sincerely,

Julie Powell-Mohr

Julie Powell-Mohr

Des Moines, Iowa

May 6, 2021

Sister Kathleen Del Monte
St. Scholastica Monastery
██████████████

Duluth, MN ████████

Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4-19-cr-00172 RGE-HCA

Dear Judge Ebinger,

My name is Kathleen Del Monte. I am a Sister at St. Scholastica Monastery in Duluth, Minnesota. I write to share my views in support of Jessica Reznicek.

I first met Jessica when she came to our monastery to volunteer. She had visited in 2018 and found this to be a place of peace and calm. It seemed to be just what her spirit needed. Jessica began volunteering more and more of her time helping at the monastery, eventually becoming as Associate (women who live among our community, working and praying with us), working at the front desk, assisting our Sisters in the assisted living portion of our campus, working long hours tending the garden, and in the winter, shoveling snow.

Something that struck me about Jessica is that she was always willing to do any task no matter how big or small, how simple or difficult. She was an incredibly hard worker and approached all with enthusiasm and a willingness to learn and grow. As an Associate, Jessica immersed herself in the rhythms of our life and was very faithful to daily Morning and Evening Prayer. In matters of theology and spirituality she asked deep, meaningful questions, truly seeking to learn and understand, so as to continually become a better person. I believe she found in our community a place where she could continue to learn, grow and deepen her spiritual life. And we have been very enriched by her presence among us.

Of all the women I have worked and interacted with, Jessica clearly stands out among them as someone who truly wants to learn and to better herself. I saw this when she began taking on liturgical roles: she was eager and willing to learn, and had a thirst for knowledge and wisdom, intentionally and actively seeking these out. Jessica has a delightful spirit and an infectious enthusiasm. I witnessed this when we spent time together on an afternoon cruise on Lake Superior and again within our community during discussions and gatherings. She instinctively touches the lives of those with whom she interacts in a positive way without her even trying (given her humility, though, I suspect she would doubt that this is true).

Every community of which Jessica is a part is the better for her having simply been part of it. Indeed, I personally am the better for knowing her. Her journey to live authentically invites a gentle authenticity in others, without being critical or judgmental, and without them sometimes even realizing it.

I respectfully request that Jessica be given probation rather than prison. Sending Jessica to prison would deprive many of her amazing gifts to build up others, both as individuals, and as a community of the beloved making a positive impact in our world.

Jessica seems to thrive when she is surrounded by a loving, supportive community. And in doing so, she offers a richness to that community which makes it a stronger, more whole place for all who live in that community and engage with its members.

Thank you for taking the time to read this letter. I appreciate all you are and do in service to the community.

Respectfully,

Sister Kathleen Del Monte

Sister Kathleen Del Monte, OSB, PhD

5/5/21
Hilary Burbank
Des Moines, IA

Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I have known Jessica Reznicek since 2013 when I started volunteering and then eventually living at the Des Moines Catholic Worker. When I first met Jessica she was headed to Palestine to collaborate with local Palestinian and Israeli peacemakers.

I've always admired Jessica's incredible dedication to justice and standing with those whose voices are not being heard. And yet, even while carrying the weight of what she sees so desperately needing to change in the world, she carries herself with such joy, openness and grace.

Since her convictions we have remained friends and it has been incredible to see how this process has even further enhanced her spiritual and personal development. She is absolutely not someone who should be sitting in jail when her life brings so much hope and support to so many people. She has continued to live in spaces where she is daily serving, cooking meals, providing friendship and basic necessities to the homeless and children in need. She has only deepened her commitments to self-reflection and her spiritual practices. She is such a beautiful asset to the world and a light to so many around her. And, her care for our water, earth and air is a benefit to us all as no one is exempt from what is being destroyed if we don't change the ways we interact with the natural world around us.

Thank you very much for taking time to read my letter. Jessica is a very special, brave and joy-filled person and I hope you will see the truth of her and this situation shine through in the testimony of those who know her and through her words.

Sincerely,

Hilary Burbank

May 7, 2021

Gretchen Johnston, OSB
St. Scholastica Monastery

Duluth, MN

Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA


Dear Judge Ebinger:

My name is Sister Gretchen Johnston, a Benedictine Sister at Saint Scholastica Monastery in Duluth, Minnesota. I am a church organist and music director at a small church across the bay in Superior, Wisconsin, but I also teach music lessons and perform duties around our Monastery grounds, especially related to music and worship and, in the summer, gardening.

I am writing this letter on behalf of Jessica Reznicek, who stayed here with us at the Monastery as a Benedictine Associate from March 2019 through March 2020. I enjoyed getting to know her and working and doing leisure activities with her. One thing she helped us with was volunteering at our Monastery information desk. When people called the Monastery, her cheery voice was often the first thing they heard. She was always ready with a kind answer to callers or passersby.

We have many gardens on our grounds. I mostly worked in gardens other than she, but she was a great help to the Sister with whom she worked. She also helped that Sister with errands and heavier yard work, such as shoveling snow in the winter and mowing the lawn in the summer.

She helped us with activities relating to worship, especially preparing the vessels and washing the laundry for Communion and then brought Communion to elderly Sisters. She greeted people entering our chapel to worship with us for Sunday Eucharist and brought an energy and enthusiasm that invigorated and inspired people (this was before March 2020 when we closed our chapel to guests during the COVID-19 pandemic.)

Jessica has told me that she would love to return here. I would be very happy if she returned to us, and several other Sisters have expressed this wish also. Her energy, cheerfulness, and enthusiasm are contagious, and when she had to leave us I felt as if there was a void in our community.

I do not believe that Jessica should go to prison. The actions she committed at the pipeline, while motivated by a sincere desire to protect the land and water, are actions that belong to a different person than I saw at our Monastery. Her desire to protect the land and the water is beautiful and familial, but I saw her become more measured, deliberate, and more at peace with herself while here at the Monastery. From my reading of various archived newspapers about this case, I do not believe anyone was truly hurt by what she did at the pipeline. I am not sure what the desired result of her action was, other than a symbolic action meant to bring awareness to an issue close to her heart. I wonder if perhaps she was not aware of other actions to take and that desperation was part of her decision.

I believe that, while Jessica's concern for the earth and water is important and not to be underestimated, that any actions she might take in the future to protect our environment will be less

impulsive and more considerate of others' property. I do not believe she will commit crimes of this magnitude in the future.

Here at the Monastery, one of our definitions of contemplation is to "take a long loving look at the Real." Our contemplative action is action flowing from this "long loving look at the Real." While Jessica was here, she began to embody this definition. This is why I believe she will not do an action of this magnitude again, because she has grown up from this decision and deeper into the spirit of our contemplative action.

Thank you for reading my letter. I sincerely care about what happens to Jessica, and I thank you also for caring.

Sincerely,
Gretchen Johnston, OSB

St. Scholastica Monastery



Duluth, MN

May 3, 2021

Mary Beth Versgrove
██████████
Iowa City, IA  ██████████
Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

Today I reach out to you as a citizen of Iowa for the past thirty-eight years, not counting five years more spent as a student at the State University of Iowa. I am a retired clinical pharmacist, mother, grandmother, and wife of a native Iowan. I grew up in Illinois as a city girl and found my roots are now firmly planted in the rich plains of Iowa where I have learned to appreciate life in the heartland from the bottom up.

As I raised my two daughters and practiced pharmacy in Iowa City, I learned to appreciate more fully the intricacies of agricultural communities and more importantly the impact of agrarian life on the people and the land, especially in terms of their health. Everything is connected from the soil where our food is grown to the WATER that not only provides a means for recreation, but IS LIFE for every living thing. I learned to appreciate water as summers become notably hotter and dryer in the years I have lived in Iowa.

After retiring in 2013, I had more time to garden, travel, and become involved in community groups. In 2015 I joined 100Grannies for a Livable Future in Iowa City – a group for "mature women" who strive to EDUCATE, ADVOCATE, and AGITATE on environmental issues. This was a fast track group who was racing to save the planet for their children and grandchildren. My baptism with the Grannies included attending a county informational meeting in Fairfield to learn more about the Dakota Access Pipeline (DAPL) that would transect Iowa from the northwest to southeast corners. I knew nothing of pipelines, much less the impact of the fossil fuel industry on the environment. Seven years of study for my bachelor and master degrees in science had left me clueless.

I schooled myself with the Grannies on Community Rights and environmental issues. Armed with my laptop I sent letters to all my county board of supervisors, state legislators, and even traveled to Washington, DC to lobby my Iowa Senators and Representative. I appeared before the Iowa Utilities Board to speak my opposition to the Texas-based Energy Transfer Partners, their workers, and hundreds of Iowans who gathered in Boone for the DAPL hearing. I demonstrated locally and shared information at the Farmers' Market to help educate other people on the potential dangers of DAPL. This became a new full time job for me.

It wasn't until July of 2016 though when I traveled to Montrose Iowa and met Jessica Reznicek at 3333 Great (Mississippi) River Road that I fully appreciated what I was doing. Here was a woman, much younger than I and without children of her own, who was willing to risk herself for the greater good of ALL of us in attempting to stop the pipeline.

I could relate to her being a Catholic Worker since I had done work with the Davenport Catholic Worker House and more recently the Iowa City Catholic Worker House. Jessica was more than a volunteer as I had been, she was a true Catholic Worker having devoted time to community

1

service in Des Moines and as I learned over time doing international peace-keeping work in Palestine and Korea. Jessica didn't just talk the talk; she walked the walk.

I returned week after week to the site at the Mississippi River where Jessica had thrown down her rug to camp, bringing friends and more of the 100Grannies to see with their own eyes what boring a pipeline under the Mississippi actually looked like. It was ugly business: pumping toxic waste out as the workers bored through the rock, transporting the waste to farm fields in Lee County for disposal, and creating a noise that could have woken the dead in a nearby cemetery.

I also had the opportunity to personally meet many of the Lee County landowners who had refused to sign easement rights to Energy Transfer Partners. I became aware of transgressions these landowners had suffered as the pipeline was placed in their now condemned land. One widow had even suffered a stroke and died. It was disturbing in so many ways.

A number of non-violent protests were organized at the Mississippi. It was there under the direction of Jessica and other Catholic Workers that we all learned about civil disobedience and non-violent direct action, always protecting the land and people who were living there first and foremost. It was also there that I was arrested for climbing over a cyclone fence under the watchful eye of a county sheriff's deputy. And it was in front of a Lee County judge that I requested a trial by jury because there was too much at stake for me to simply pay a fine.

I spent many hours by the Mississippi River with Jessica Reznicek. The weather became colder; the leaves turned and fell from the trees. Jessica knew all the law officers by name and introduced each of them to us whenever they stopped by to check on her. We talked, sang, marched and prayed at the river. Every morning those who camped overnight prayed and paid tribute to the majestic and life-giving river. We had our own spiritual community. We laughed and cried grieving what was being done to the land and under the river. It was all very wrong.

Then it came to an end with an order from the county attorney to disband the camp. Jessica kept her promise to the river while the rest of us returned to our comfortable lives. She continued to work to stop the flow of crude oil through the pipeline and I continued to support her when I was able from home. I learned she had gone eventually to Duluth and was serving the poor and marginalized people there – still true to her pursuits of social justice.

Incarcerating Jessica Reznicek would be a loss to all of us, but most especially to those people in Des Moines or Duluth that she has been serving. I admire Jessica; she epitomizes a woman of conviction and determination – someone with integrity of purpose who follows her heart. She champions all the principles of social justice: access to resources, equity, participation, diversity, and human rights. In my opinion, something we should all aspire to achieve.

Judge Ebinger, I ask of you mercy and compassion as you consider your sentence for Jessica. I thank you for allowing me to share my story in pursuit of environmental justice - seeking a more livable future for myself, my family and all of humanity on this fragile planet. Peace be with you.

With sincere gratitude,

*Mary Beth*

Mary Beth Versgrove

2

4-29-21
Sister Susan Dewitt, OSB
St. Scholastica Monastery, ███████████████
Duluth, MN ████████

Regarding Sentencing of:  Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger,

I have been a Benedictine Sister of St. Scholastica Monastery for 57 years.  I have served as a Registered Nurse in a one-person medical clinic in Chile, as a certified chaplain in acute and long-term care in Minnesota, volunteered in a Federal Prison Camp, and served multiple terms on both hospital and college boards.  I have grown well acquainted with the human heart.

I write to advocate for Jessica Reznicek, who came to our monastery in 2019 to volunteer for the Sisters and the extended community.  In both capacities, she modeled generous sharing of time and energy.  She was reliable, respectful, and gracious.

Jessica's service to the monastery was varied, providing companionship to the infirm and helping with household and yard duties.  She joined the community at prayer and worship. In the wider community, her service included:
- **Hildegard House** giving support to women fleeing abusive situations
- **Damiano Center** serving families in need of meals, clothing, and other services; and
- **Kids' Kitchen** helping reduce childhood hunger and malnutrition by teaching children about healthy food and healthy eating.

I observed Jessica's personal growth during her time with us at St Scholastica.  I feel she is a woman of humor and humility who demonstrated a willingness to mature and the ability to grow in wisdom.  She developed healthy relationships among our community and in the community at large.

I am asking for your leniency in her sentencing.  I personally believe the stewardship of her gifts would best be served out of prison rather than burdening society with the cost of her incarceration.  We will all be the poorer without her among us.

Thank you, Judge Ebinger, for reading my letter on behalf of Jessica.  I pray you will be guided by and open to the Holy Spirit as you deliberate.

Sincerely,


Sister Susan Dewitt, OSB

26 April 2021

Diane Leutgeb Munson

████████

Winona, MN ████

Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

My name is Diane Leutgeb Munson, I have lived in Winona, MN with my spouse, since graduating from college in 2004. Together we run a small business and have been volunteers with the Winona Catholic Worker for over seventeen years. I met Jessica Reznicek through the Catholic Worker many years ago. I have long been inspired by the consistency of her lifestyle and the depth of her dedication to not only serving others but also working tirelessly for justice on behalf of those whose voices go unheard. By allowing Jessica to serve her time on probation instead of in a jail cell you will be increasing the potential for good in the world.

Three observations about Jessica's character that stand out are her faith practice, her intense commitment to the health of people, land and community and her sense of humor. I have seen Jessica come into her own in the context of the Benedictine monastery where she was able to pray and work alongside a group of devout women. Faith being at her core, it is not surprising to see her energies extend to the care of marginalized people and endangered lands whether it be serving in a soup kitchen or growing vegetables in an urban garden. What has surprised me is her ability to cultivate laughter and spread humor often in difficult or stressful situations. Though she takes life and her role in it very seriously, she also embraces humility and recognizes the need for small delights on a daily basis and in the darkest moments.

Having Jessica's mind, body and passion in our communities is such an asset and a sentence to incarceration would deny so many the care she is eager to provide. Jessica has always carried the weight of her actions close to her heart and seeks forgiveness daily for her shortcomings and missteps both large and small. Simultaneously, she lives out her deepest beliefs by helping those around her not out of a sense of duty but instead out of joy. The actions she takes each day make our world more hopeful, more vibrant and more peaceful. Please consider how deeply we all need more people like Jessica in our midst. Thank you for your time.

Most sincerely,

Diane Leutgeb Munson

████████

Winona, MN ████

April 19, 2021,
Sr. Jayne Erickson, OSB
St. Scholastica Monastery
████████████████
Duluth, MN ███████
Subject: Regarding Sentencing of :Jessica Reznicek, USDC 4:19-cr00172 RGE-HCA

Dear Judge Ebinger:

I'm Sr. Jayne Erickson, a Benedictine Sister at the St. Scholastica Monastery in Duluth, Minnesota. Jessica Reznicek and I shared living quarters from March 2019- March 2020, while she was an Associate and I was a Postulant in the community.  During that time, Jessica and I worked closely together to meet needs in the community.  Our tasks included manual labor such as shoveling in the winter and gardening spring through fall.  We also spent considerable time doing relational ministries such as greeting guests at the information desk and in the chapel, spending time with the Sisters in Assisted Living, running errands, and serving as companions for Sisters when they had appointments outside the monastery.

It took no time at all for Jessica and the Sisters to connect on a meaningful level.  Her joyful spirit and positive outlook brought healing to those who were discouraged and her willingness to build relationships filled many needs.  Jessica loved volunteering in Liturgy as Sacristan and Eucharistic Minister, preparing the vessels and serving Communion to the Sisters and guests.  She regularly attended Morning and Evening Prayer and Mass, as well as finding time to pray in a special chapel designed for adoration and devotion to her Lord, Jesus.

After Jessica's stay at the monastery, she worked part-time at the Damiano Center in Duluth.  Her job was to provide nutritious meals and education to children in need.  It is not at all surprising, with her creativity and genuine care for people, that she was dearly loved by children and staff alike.  In our Benedictine Community and in the city of Duluth, Jessica Reznicek has made a significant contribution to the quality of life for many.

I am aware that Jessica is facing sentencing for pipeline destruction in 2016.  I am also aware of her personal growth since I met her in 2019.  Your Honor, I have witnessed Jessica's calling to serve  people and her ability to enter into and contribute to a healthy, supportive community.  Please consider sentencing without prison time.  I believe that the Jessica Reznicek I know today will have a positive impact on any community where she chooses to live.  I pray it might be the Benedictine Community of St Scholastica Monastery.

Thank you, Judge Ebinger, for taking time to read this letter regarding Jessica Reznicek.

Sincerely,
Sr. Jayne Erickson, OSB
St. Scholastica Monastery
████████████████
Duluth, MN ███████

April 15, 2021
Marce Wood
███████
Grand Marais, Mn. ████
Subject: Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger,

My name is Marce Wood, I am a 63 year old mother of three, and grandmother of four. I am a devout Catholic. I live on the northshore of Lake Superior in the small town of Grand Marais, Mn. I lived at the Monastery of St. Scholastica, in Duluth, Mn. from Oct. 2009-August 2010. I lived with the beautiful Sisters as an Associate. An Associate volunteers her time in service to whatever the days' needs are, performing many tasks in and outside the Monastery. We also attend daily prayer 3 times a day, daily Mass, community meals, and special events. I loved and continue to value my time there and the opportunities and relationships that developed.

I have a BS in Human Services and have worked primarily in jobs where I can serve others. Presently I work as a caregiver to older individuals in their homes.

I, like Jessica Reznicek, also have a deep concern for all of life on our suffering planet. I have chosen to live close to nature, in a tiny house in the woods, ever present to "Grandmother" Lake down the road. I have a keen and daily concern for keeping our environment safe and healthy. I have spoken at many hearings over the years concerning hazardous industrial waste, radioactive waste, and copper-nickel mining to name a few. I have also used my artwork as my voice with the hope of elevating awareness and inspiring others to demonstrate great care for our planet, our home.

I met Jessica when she was an Associate at St. Scholastica Monastery in the Spring of 2019. I was on a personal retreat. I was drawn to her, I could see her enthusiasm in being at Monastery and participating in the fullness of life with the Sisters matched her spirit. She was truly inspirational to the Sisters, and also to me. I have come to know Jessica as a deeply intelligent, warm, funny, joyful young woman whose deep faith form her path and is her expression of her deep love for God. She has a great commitment to life, all of life, all of God's creation. Jessica performed many tasks at Monastery but I know her greatest love was working outside, especially working in the gardens. Her gifts and her hard work were invaluable to the older Sisters who greatly need and appreciate her help. I know she has also poured love and enthusiasm into caring for people with small financial means by serving at the Damiano Center, focusing primarily on the needs of low income children. I spent quality time with Jessica over the summer of 2019 and into the Fall during visits to Monastery.

Jessica is not a threat in any shape or form to any part of humanity or to the earth. She is humble and kind. Her heart is brimming over with the best of intentions for every living being.

Her love of God and devotion to her Christian path moves my heart and inspires me deeply. Her young life, I hope, will be free to live a contemplative, fully engaged, and active generous life at Monastery.

Please, I ask you, with a begging heart, to keep Jessica out of jail. Please give her probation, and allow her to return to Monastery where she is greatly needed. I can assure you, she will thrive and continue to bless us all.

Thank you so much for reading this letter and hearing me. I am grateful for your time.

Every Blessing, Most Sincerely,

Marce Wood

Grand Marais, Mn.

April 28, 2021
Eric Anglada

Cuba City, WI

Subject: Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

My name is Eric Anglada. I work at Sinsinawa Mound, a conference and retreat center in southwest Wisconsin. I am also a farmer who cares deeply about the land. I am also a member of the Catholic Worker movement, a network of faith-based communities that care for the most vulnerable in our society and work for justice for people and for the land.

I am writing on behalf of Jessica Reznicek, whom I have known through the Catholic Worker movement for several years. I have great admiration for the way Jessica has committed her life to serving the poor, to her spiritual growth, and to peace in her relationships. She is a bright light in this world and this world desperately needs more people like Jessica – kind, caring, gentle, looking to better the world.

For most of the last ten years, Jessica has lived and worked at the Des Moines Catholic Worker, where she cooks and distributes hot meals, fresh produce, warm blankets, and pantry items to those in need. While doing these daily tasks, Jessica has also organized with rural and urban Iowans to address climate change, and has provided nonviolent accompaniment to community organizers in militarized zones in other parts of the world.

I ask you: please do not send Jessica to prison. Please give her probation. She is too bright a light to put in prison; this world needs her spirituality, her joy, her service to the poor. Please do not send her to prison.

Thank you for taking the time to read this letter. Feel free to contact me with any questions, clarifications, or concerns.


Sincerely,

Eric Anglada

Cuba City, WI

April 15, 2021
Sister Theresa Spinler osB
██████████████
St. Scholastica Monastery
Duluth, Minn. ██████████
Regarding sentencing of Jessica Reznicek
USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger,

My name is Sister Theresa, a member
of St. Scholastica Monastery for over
55 years. I came to know Jessica
during her time with us. She is a
woman of integrity, joy, lots of
energy, a deep spiritual life, deeply
connected with the earth, and
hungering for an even deeper connect-
ion with God.

I worked closely with Jessica while
doing gardening and other outdoor work.
I was impressed with her ability to
see things to do without being told
and did them; her ability to be
caring and friendly with everyone she
met and her hunger for a deeper

prayer life.

I know she made a mistake but it did not hurt anyone. She did make an effort to protect our Mother Earth. Jessica has been though a very long probation and has obeyed all the rules. I hope and pray that she would not be sent to prison.

I am looking forward to the day when she returns to Duluth and lives, works and prays with us at St. Scholastica Monastery.

Thank you for taking the time to read this letter.

Blessings and peace,

Sister Theresa Spinler
St. Scholastica Monastery

Duluth, Minn.

May 5, 2021
Austin Cook
██████████
Des Moines, Iowa ████
Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA


Dear Judge Ebinger:

After I encountered Jesus at Urbandale High School, I have felt a growing desire to serve. This desire led me into ministry. In September 2020, a few months after graduating from bible college in Chicago, I moved into the Des Moines Catholic Worker and first met Jess.

Since I never lived at a Catholic Worker House before, I had many questions and much to learn. Most workers left shortly before I arrived, a few months into the pandemic, and Jess noticed my subtle hints that I didn't know what I was doing and would love a teacher. Cooking for 100+ persons, organizing donations, defining healthy boundaries with houseless guests, and adjusting to different ideologies within the community took a lot of time and energy, and I may have failed if Jess didn't take me under her wing. She has been friend, mentor, counsellor, and, in many ways, a mother for me the past six months.

I write to plead that you sentence Jess to as little jail time as possible - not only for me, but for the houseless and poor guests we feed and clothe and the sisters of St. Scholastica monastery where she intends to live once she is out of legal woes. I believe Jess will be a blessing to the downcast and the poor wherever she goes, like she was to me. I have only experienced maternal love and kindness from Jess. I hope she and her love and kindness is not locked away in a prison cell long.

Thank you for reading my letter.

Best Regards,

Austin Cook
██████████
Des Moines, Iowa ████

5/6/21

Colyn Burbank

 Des Moines, IA ███

Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA


Dear Judge Ebinger:

I am writing regarding the upcoming sentencing for Ms. Jessica Reznicek. I have known Jessica since 2011 where I served side by side with her in a house of hospitality for people in Des Moines who were experiencing homelessness. I have been in spirituality groups with her and she has been a close friend and mentor to me in my years. Her sincerity and kindness towards others and her transparent heart have been an inspiration to me and my work as a counselor.

I have remained friends with Jess since her conviction and have witnessed the transformative process these legal challenges have had on her. I know I would certainly be in a state of distress, but Jess remains open and compassionate to others. She continues to volunteer her time and energy for the homeless in Des Moines. I know she looks forward to being able to return to her vocation in the convent where she was settling in before charges had been pressed. I hope you find it in your heart to respond kindly to her case so she may live a quiet life of solitude and service to her community.

Thank you for your time and attention in this manner.


Respectfully,

Colyn Burbank, MSW, CADC

May 5, 2021

Honorable Rebecca Goodgame Ebinger, U. S. District Court Judge:

I respectfully write the court to express my support for Jessica Reznicek. I am a retired Social Worker. I spent much of my career working with children at UIHC, and at the VA Hospital providing support for female Veterans who served during the Iraq War. I've lived in Iowa for over 50 years, after moving here to attend college.

I know Jessica through the Catholic Worker community in Des Moines. For more than a decade, she has lived and worked among the poor, providing food and clothing, shelter and safety to those living on the margins. Not long ago, I reached out to her about housing for a U.S. Military Veteran being released from ICE detention in one of Iowa's County Jails. Since retiring, I volunteer with a group visiting people in jail. Jessica didn't hesitate - offering to host him in her community. Though he wasn't released as expected, the offer of hospitality meant the world to me, and to others as well.

I first met Jessica a little over five years ago, in southern Iowa at the Mississippi River. We share a love for Iowa's woodlands and waterways, and concern about the degradation of water sources, threats to aquatic life and Iowa's ecosystems. We share concerns about clean soil and farmland; the proximity of rural wells, and the waterworks of towns and cities adjacent to the Dakota Access Pipeline. We worked with others to share our concerns and make our views known. In the time she spent in communities near the River, Jessica developed relationships with farmers, teachers, pastors, law enforcement, and like-minded visitors. She bore witness to those whose land had been taken or condemned, woodlands clear cut and earth upended by pipeline construction. Residents sought her out, to share stories of their love for the land, their loss and grief. These conversations were healing - a gift to landowners and to families.

In 2018 Jessica continued a life of service and deepened her spiritual practice, volunteering in a Benedictine community near Duluth, MN. While there she worked part-time at "Kid's Kitchen," a program providing meals to kids in need. I know Jessica to embody the principles of "mercy, compassion, justice and love" central to her faith.

In my time with Jessica, I've learned much from the way she conducts herself - with kindness, good humor, integrity and respect. She sees the good in others, in our shared humanity. She has helped me to see the good in myself, to walk in peace, to find my voice. Her way of living and working in the world give me hope. I know I have much more to learn from my friendship with her.

Rather than sentencing her to prison, I respectfully ask the court to permit Jessica to remain in the community and to continue her work serving others. I believe this to be for the greater good. I will gladly provide support to her, in any way I can. I hope the court will consider this request for myself and countless others who will meet her along the way.

Thank you for taking the time to read my letter and for your consideration.

Sincerely,

Anne (Aaron) Silander

Iowa City, IA

May 6, 2021

Brayton Shanley

Agape Community ███████████████ Ware, MA █████

Subject: Regarding sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger,

I am writing on behalf of Jessica Reznicek whose case is coming up for sentencing. I have known Jessica through my peace and justice work of the Agape Community in Massachusetts as well as throughout the network of Catholic Worker Houses who serve the poor.

Jessica is an exemplary person, a woman dedicated to giving her life to serving the poor, most recently at the Phil Berrigan Catholic Worker House in Iowa. Her commitment to living simply with a low carbon footprint provides a model for how we need to live and survive these crisis times of climate change. I have spent my adult life around people who have given their lives over to making the world a better place. Jessica is one of the most compassionate, convicted, most exemplary Christians of all those I have known.

As we approach her sentencing date, I ask you to consider one fact about her. Jessica is too valuable a human being to incarcerate. Her gifts, passions, and love belong at the service of her community day in and day out. There are too few Jessica's in this world, a world that is suffering from terrible poverty, racism, violence, and the climate crisis. Please allow her to continue her urgently needed work in the world.

Thanks for your consideration,

Brayton Shanley

Co-founder of the Agape Community

April 6, 2021
Julie Brown
████████████
Des Moines, IA ████
Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

Thank you for your time and consideration in reading this letter of support for Jessica Reznicek. My name is Julie Brown and I am the Outreach Coordinator at Christian Peacemaker Teams (CPT) and a community member at the Des Moines Catholic Worker. Jessica, or Jess as I know her, has been one of the closest people in my life for about ten years now. It is hard to put the impact that she has had on my life and the person she is into words.

Jessica and I met in 2011 and then soon after both moved into the Des Moines Catholic Worker. Living in the same community quickly deepened our friendship. She is an amazingly caring person and dedicated friend. Jessica is someone who I can talk to about my hopes and dreams because she genuinely cares. Our paths have gone many directions over the years but we have always remained close.

The last five years, my work with CPT has often taken me to dangerous parts of Iraq for months at a time. Jessica is a person who I can talk to when things are tough. She is the kind of person who asks hard questions about how I am, If I am taking care of myself and most of all, reminds me to see the beauty in the world. When I come back to the USA, she always finds a way to greet me at the airport or show up unexpectedly regardless of what she has going on or what state I am landing in.

Jessica is a person who can light up a room and who cares very deeply for others. Through our work together at the Catholic Worker soup kitchen I have seen first hand her compassion for others. It is not uncommon for Jessica to come home after a day of working the soup line and be missing her shoes or other articles of clothing because she found someone who needed them more that day. She is also a person who is actively present and comforting those in pain around her. She can sense when others need a kind word, a hug, or someone to listen.

The most difficult guests come to the Catholic Worker know Jess by name and she also knows them and their lives. Many people are uncomfortable speaking with folks who are in severe crisis due to drug addiction or mental issues. Jessica has a way of looking past this and connecting in an authentic way where they don't feel judged and feel cared for. This is a quality that I deeply admire about Jessica. Just last month she walked in the house with several loose belongings in her hands because she had given her backpack to an unhoused person who was crying. She explained that she just hoped it would brighten their day.

I have spent years watching her laugh with, cry with, and hold the most vulnerable people around her. She fills the world with joy wherever she goes. The most outward display of this is her laughter. She is very personable and has an innate ability to relate to people on their level

regardless of where that is.  I experience Jessica as a person who has a core need to do whatever she can to alleviate suffering that she sees.

I believe that her desire to alleviate suffering is a driving factor in her journey of activism though I am not sure if she would frame it this way. She is a practitioner of nonviolence and tries to live this in her everyday life as well. I don't ever remember her being labeled an "environmental activist" until her most recent action nor do I recall her ever saying this about herself.

I do recall her talking years ago about her trips to the mountains and how sad it was to see remote waterways polluted and having signs posted about contamination. She would comment over the years about a state she had driven through and the landscape being littered with oil drills, or how the bluffs were being mined for frac sand. These things really saddened her because she is very connected to the pureness and serenity of nature.

When the Dakota Access Pipeline came through Iowa, this really brought these environmental concerns home. I was in Iraq for most of this time but I remember talking to Jessica when she started her symbolic action along the Mississippi River. She had been sitting alone in front of the entrance to a drilling site and been arrested for refusing to leave. She said that someone needed to do something and this was something she could do. I believe this action and the ones that she is currently being charged with came from a deep desire to preserve life and alleviate suffering.

I have had countless conversations about nonviolence with Jessica over the years. I know Jess's actions came with great care not to harm life. It is my understanding that she had seen workers using a special cutting torch to construct the pipeline and she then tried using the same torch to deconstruct it behind them. I understand that this method is controversial and unsettling for many, I was also taken aback.  With that, I still can't understand the possible prison sentences and enhancement charges that have been suggested.

If Jessica were to be sentenced to prison, this would affect many lives. She has so many people who care for her who would be devastated.  Her presence in the everyday world would also be missed by people she hasn't even met yet. I would not be exaggerating to say that she changes a life on almost a daily basis with her kindness, generosity and love.

In the years since Jessica's action against the pipeline, she has found a home in monastic living. She and I have talked a lot about this next step in her life. I currently live in the same house as Jessica and she has a daily routine of prayerful reflection and constant communication with the nuns in her monastic community. I believe that she has found this as a way to cope with the world's suffering through prayer and contemplation with a wonderful community of women and mentors.

Jessica's desire to leave activism behind and live a monastic life isn't really a sudden change of life for her. For those who know her well, this is a likely next step in her journey. To me, she seemed to be feeling frustrated with the lack of lasting change activism was bringing and has found that fulfillment by exploring spirituality more deeply. I believe wholeheartedly that if Jessica was given probation that she would move back to Duluth and join the sisters at the monastery. The time that she would have spent in prison would be used with the sisters and giving back to the world with her light and love.

Jessica is an extremely honest person. I know she would also comply with whatever agreements she makes with your court. I have seen the lengths that she has gone to to comply

with her current terms of house arrest and maintaining employment. It would not be in her character to agree to terms of probation and not follow the stipulations she agrees to. For all of these reasons, I hope you would consider leniency in your sentencing and not sentence Jessica to prison time.

Thank you for taking time to read all of these thoughts.

Sincerely,

Julie Brown

Des Moines, IA

April 26, 2021

Sister Dorene King, OSB
▮▮▮▮▮▮▮▮▮▮▮▮ Duluth, MN ▮▮▮▮

Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I am Sister Dorene King, OSB, a member of St. Scholastica Monastery in Duluth, Minnesota.

I am writing on behalf of Jessica Reznicek. Jessica is a thoughtful and delightful individual who adds a spirit of joy to our Benedictine monastic community. In her year here as an associate, live-in volunteer, I experienced those blessings and noticed how her diligence in attending community prayer and positive work ethic endeared her to our community.

It is my sincere hope that Jessica would return to our Benedictine community in Duluth, MN. I believe that her gifts, her compassionate nature and her deep faith are signs of her calling to religious life in this community.

I believe a prison sentence would engender a great loss for my Benedictine community and for those who are fortunate enough to know Jessica. Her respect for nature which coincides with her deep connection with God is needed in our world.

Thank you, Judge Ebinger, for reading my letter.

Sincerely,

*Sister Dorene King, OSB*

Sister Dorene King, OSB

May 4, 2021

Kay Kopatich, Chaplain
████████████████████████
Des Moines, IA ███████

Subject: Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger

Thank you for giving me a moment of your time. I am a retired Chaplain and have minis-
tered at Mercy Hospital and Iowa State University as Campus Minister. Most recently I
was Chaplain and coordinator of religion for all the prisons in Iowa Department of Cor-
rections.

I have known Jessica Reznicek for about four years. I became acquainted with her
when she took action to halt the Dakota Access Pipelines that were crossing the fields
of Iowa. After Jessica's action against the DAPL I came to know her very well. I asked
for her permission to tell you I am her Spiritual Director.

For the last ten years Jessica has devoted her life to helping others. I think it was when
she came to the Catholic Worker House that  she became aware of injustices in our
country and our world. This inspired her to take action on what she sees as wrong. For
many years she has helped provide food, shelter and clothing for needy people at this
House. For the last four years while she has awaited trial, Jessica has followed the rules
diligently. She has been punctual and dependable in her work, like The Pizza Hut,
showing up and doing her job well. She is trustworthy and when she says something
you can count her to follow through. She is kind and thoughtful to friends, for example,
on  Valentine's Day when Trader Joe's was about to throw out dozens of roses. Jessica
retrieved them and delivered them to surprised friends.

Jessica is a deeply committed woman with high ideals. She is honest with herself and
others and makes no excuses for her actions. She does not blame others for her experi-
ences. Even though she came from trauma in her childhood Jessica has transformed
her pain into serving others. I know her as a woman of deep convictions and courage
who is faithful to her beliefs She is passionate about her faith and that passion leads to
action.

From her childhood nature has been important to Jessica. The woods and the Raccoon
River were a refuge and sense of joy for her. When the river became so polluted that it
was dangerous for humans she became alarmed and sad. She wanted to do something
to save it. She eventually felt the need to become a water protecter.

Jessica worked with others for years in different communities to halt progress of the
pipelines.  Her interest didn't begin with the Standing Rock gathering. Years before that

she took part in a run from the Dakotas to Washington D.C. with young Native Americans to bring attention to the threat of the pipelines crossing native lands. When the Dakota Access was scheduled to come down through the Dakotas and through Iowa many people came together to prevent this. They followed the legal steps available to save the land and water by attending public commentary hearings, gathering signatures for valid requests for Environmental Impact Statements, hunger strikes, marches and rallies, boycotts and encampments. Fear and frustration grew among members of the resistance as those in authority continued to  ignore their appeals.

Native American women at the Standing Rock action against Dakota Access declared that women are the water carriers, the ones who protect the water.  They also have a Lakota name for water, *Mni Wiconi* which means, water is life. Jessica knows this in her bones and she was desperate to save it.

Jessica has been consistent and unwavering in her dedication to save the water. She feared the destruction that DAPL would do to the Oglala Aquifer as well as the Missouri River. Yet the authorities were not listening to the people it would affect. She then took drastic action that would stop DAPL and bring attention to what they were doing. She took a blow torch to the couplings on the pipeline and stopped them temporarily. She did not physically harm any person.

In the years since taking part in this serious action, Jessica has had the opportunity to grow spiritually and emotionally. She has taken an honest look at herself. She has reflected deep within and become aware of the impact of her traumatic childhood. She has used every occasion to gain insight and become a mature and conscientious woman.

The United States has finally grown beyond our denial and acknowledged the destruction that oil has caused our environment. Our Climate Crisis is a clear and present danger and we are closing pipelines and creating renewable energy. We recognize oil has polluted our land, our waters and our air. Dakota Access Pipeline has been part of the greed that has destroyed this precious land and water.

Jessica is one those people who act as our 'canary in the coal mine' warning us about the deadly effects of oil. How sad that she is targeted by DAPL for such harsh punishment. She is not a terrorist. She has already proved herself through four long, anxious years waiting for her trial and sentencing.

I humbly ask for leniency for Jessica in her sentencing. She is a conscientious woman who has shown she is a trust worthy member of the community. Thank you for the opportunity to voice my concern.


Chaplain Kay Kopatich, Retired

[4/28/2021]
From: Belmont Pinger

█████████████

Des Moines, Iowa
Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

My name is Belmont Pinger.  I am writing to you on behalf of Jessica Reznicek. I met Jessica a few years ago but have grown closer to her this past year after I moved into the Des Moines Catholic Worker.  At the Worker we serve 9 meals a week to the Des Moines community. Most of our guests suffer from chronic homelessness, poverty, and or mental health issues. This sometimes presents a variety of challenges. Guests often have episodes and get into fights.  It is up to us to deescalate the situation and ensure that everyone is safe. When guests start fighting or arguing, Jess is always the person you want around. She immediately puts herself in harm's way, talks soothing words, and takes the guest by the hand and walks them down the block to calm them down. She does this for all of us who live with her too. A couple weeks ago my friend and mentor passed away. I told Jess, and she looked at me in the eyes and then held me while I cried.  Jess has eyes that carry the grief of surviving a hard life; eyes that know what you're going through. Her eyes also shine with love, honesty, and strength that I think we all strive for.

Jess is gentle with all of us. There was a baby bird who fell out of its nest in the alley by our house and she immediately borrowed a ladder from the neighbor and carefully put the baby bird back in its nest. She caretakes the people around her.  She is our rock.

Last week the raccoon river was designated one of the nations most endangered rivers. That was the river that Jessica grew up swimming. For her and many other children and adults it was a place of refuge. Now because of industrial pollution it is dangerous to swim in the river.  Another one of the people I live with got leukemia as a child from drinking well water that had been poisoned by the industrial farms nearby. It's easy to see the price of industrial expansion in Iowa.

No one was ever harmed by Jessica's actions. No one was ever in danger of being harmed by Jessica's actions. If you spend any time around Jessica, you will see that this is because she is a caretaker. She spends her day from sunrise to sunset taking care of those around her. She feeds people, plants vegetables in the yard so that we can provide fresh organic vegetables, takes care of cats, and peacefully resolves conflicts that arise with our guests.  She looks us in the eyes and tell us she knows that life is hard but she loves us and we all can do our best.

Not only would applying the terrorism to this remarkable woman result in a sentence greater than necessary to achieve the purpose of incarceration, but it simply would not fit.  Far from a terrorist, Jessica improves everything she touches in this world.  In making this decision, please consider all those whom she continues to nourish and sustain—those that need her in their lives.  I need her, her housemates need her, the guests at the Worker need her, the people of Des Moines whom she feeds need her, the nuns of Duluth need her, the children of the Damiano center need her, and the community at large needs her. Please Judge Ebinger, give Jessica probation so that she can continue to positively contribute to our community.

Thank you for reading my letter and for your time.

Sincerely, Belmont Pinger

May 5, 2021

Melanie Keiper Federal Public Defender
400 Locust Street, Suite 340
Des Moines, IA 50309-2353

Subject: [Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA]

Dear Hon. Rebecca Goodgame Ebinger, U.S. District Court Judge:

I'm writing to explain how I met my friend, Jessica Reznicek and what she was able to do for a community in Southeast Iowa. After attending four county meetings and listening to the Texas oil company's plan to use eminent domain through 18 Iowa counties, I became very concerned for the safety and well being of landowners and people who rely on our waterways for their drinking water.

When I heard there was a woman near the drilling site at the Mississippi River, I drove from Cedar Rapids and picked up friends in Iowa City to meet Jessica. We first saw Jess sitting on a rug next to a pickup truck alongside the road near the drilling worksite exit and across the street from the river. She had permission from the landowner to be on the land.

We visited Jess at the site for several weekends and witnessed the community coming together. She had a steady presence next to the river where surrounding neighbors would come to visit. In her conversations to get to know people, many times they would break down and cry about what was happening to their land and how concerned they were for their safety. Neighbors regularly visited "the ditch" and talked through their pain and experiences. Eventually a kitchen was built and locals brought food for meals shared by a growing group. She organized several gatherings that were spiritual in the Native American tradition.

Thanks to Jess' leadership, a large group of community members and neighbors marched on the road to express their discontent over eminent domain by Dakota Access. Another weekend the community met at the local hall to have a potluck dinner to support each other and share stories of their experience with the oil company.  I talked with several affected landowners and neighbors who said it was very helpful to have Jess there as a constant presence bringing people together with similar traumatic experiences. By being there and talking with people, healing was taking place. And all she started with was a rug and her presence.

Her message was clear: Our water supply is at risk with the Dakota Access pipeline drilled under our land and waterways. Iowa families are at risk with 320,000 barrels of volatile crude oil pumped just 3' under their feet, (with flow increased now to 520,000 barrels). Jess made a huge positive impression on me. When you see injustice and people's lives are at risk, it's good to be brave, take a stand, and provide a space for people to gather. She was protecting our water supply and affected families through non-violent action, and in the process she brought people together who were feeling betrayed by the state of Iowa.

Jess had a very positive impact on landowners and neighbors in SE Lee County. She even developed good relationships with local law enforcement officials.

Please consider the full story about Jess, her efforts to protect, and how she helped heal a community when considering a just outcome in her case. Thank you for reading this letter of support that explains the true character and actions of Jessica Reznicek.

Sincerely,

*Cheryl Valenta*

Cheryl Valenta
███████████████
Cedar Rapids, IA ██████

April 22, 2021

Judy K. Porter, ACSW, LISW

Urbandale, IA

Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I want you to know that I value your time, and I greatly appreciate your taking the time to read my letter to you.  Thank you.

I learned about Jessica Reznicek from a friend.  Jessica brings value and integrity to our society.  For the last ten years, Jessica has dedicated her life by bringing quality of life to others.  As one example, she works at the Des Moines Catholic Worker Community where she cooks and provides meals, food and shelter to the homeless.

My friend told me about Jessica's work regarding the Dakota Access Pipeline.  I had other friends who protested, who were conscientious about our human life and what we need to sustain us, that is, the water we drink and the food we eat.  Having worked as a hospice social worker for 20 years, I have witnessed that patients die within days to a few weeks when they can no longer drink water/fluids.  Healthy people live longer but will eventually die from lack of water.  Water is essential to all life.

As you know the Dakota Access Pipeline was being built under rivers and through Iowa soil.  From my studies of the 'Constructionist View of Emotions', in Lisa Feldman-Barrett's book 'How Emotions are Made', I learned that people make 'predictions' or 'best guesses' on future issues and direction that they believe to be true, but often without factual information.  These decisions are typically based on one's previous experience.  For example, I've always had access to clean drinking water.  Have you or I ever thought that we could have our water source so contaminated that it can't be consumed?  Honestly, my thinking is that clean water will always be available and if not, someone will fix it.  However, this is an emotional response which is not based on facts.  Our water and land resources can be contaminated beyond use.  There are a few human beings who can grasp this, and those who can are the ones we should bring into the equation in making decisions, such as the usefulness and the dangers of the Dakota Access Pipeline.  Those who took a stand against the Pipeline, because of the dangers it presents to our water and food, might be called visionaries.  They help us see our blind spots and move us to a place of reality based on factual information and real possibilities.

Thank you for giving me this opportunity to share my thinking with you.


Sincerely,
Judy K. Porter, ACSW, LISW

April 16, 2021
Mary Ann Koch

Urbandale, IA
Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I, Mary Ann Koch, am a retired educator. In 2014 I retired from DMACC's Boone campus and moved to the Des Moines area to be close to my family. Although I loved my educational work, I have found retirement gives me time to pursue social justice issues which my Franciscan background has instilled in me. For many years I have concentrated on water issues which effect all of us, for "water is life."

For about the past four years I have volunteered weekly at the Des Moines Catholic Worker where I met Jessica Reznicek. Our common interest in serving the poor and care for Mother Earth, especially water, sparked our friendship.

This past summer we started meeting outside once a week to visit. As the weather grew cold, we moved indoors and I would fix lunch for us. This was a treat for me because I live alone. Over the past year we have discussed many things including our shared earth spirituality, care for the poorest of the poor, living in community, current events, and our hopes for the future. Jessica has often spoken of her connections with the sisters in Duluth and her desire to return there to seek a deeper spiritual life as she serves the poor of the Duluth area. She says she has even gotten used to the winters up there!

After getting fully vaccinated, I returned to my volunteering at Catholic Worker. There I have once again seen Jessica in action. Because all the resident senior Catholic Workers had to quarantine, Jessica had to take over the coordination of the younger volunteers. She ended up orienting the new, young volunteers, scheduling work shifts, coordinating food pick-ups, giving cooking lessons on how to prepare meals for 100+, cooking several times a week, serving and visiting with guests, and organizing donations. Through all of this she kept an up-beat attitude.

It is my sincere hope that you will see in Jessica the sincerely compassionate person I know. The world does not need more women in prison, but the world does need more people like her living a simple life of care and service for the marginalized.

Thank you for considering my thoughts,

*Mary Ann Koch*

Mary Ann Koch
Urbandale, IA

April 27, 2021
Meg Kearns

Duluth, MN

Subject: Regarding sentencing of Jessica Reznicek USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger -

My name is Meg Kearns. I have worked with refugee resettlement and running a Food Shelf in Duluth, MN an am now retired. I met Jessica Reznicek at the Benedictine Monastery in Duluth where both of us were actively involved in the monastic community. We also share a common interest in addressing homelessness and offering hospitality through involvement with Catholic Worker communities.

For the two years that I have known her, it is clear that Jessica is a person of faith who is compelled to make the world a better place for all people and to promote the common good and interconnectedness of all of creation. She has done this in Duluth by volunteering in a variety of ways at the Monastery and being active in the prayer life of the community. She has also volunteered with a drop-in program that provides meals, educational activities and a safe place for children to spend time.

Her concern for how current corporate actions will negatively affect the lives of future generations and her frustration that corporate interests too often take precedence over the interests of individual people, land, and water guide her actions. Because the risks to our earth and climate of continuing to invest in fossil fuels are so great, Jessica believes that each of us has a responsibility to not only speak to this issue, but to be proactive in preventing further destruction to life on this planet. Her actions at the pipeline were meant to be life-giving, especially for people who are most at risk from the destructive climate impacts caused by pipelines.

Sentencing Jessica to jail would be an unnecessary burden on and waste of taxpayer dollars. We will welcome her back to Duluth and work with her if she is given a sentence that allows her to use her skills in positive ways to bring about justice for the earth and all of its inhabitants.

Thank you for reading my letter and for your consideration of this matter.

Sincerely,


Meg Kearns

April 7, 2021

Lawrence P. Purcell

Redwood City, Calif.

**Re: Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA**

Dear, dear Judge Ebinger,

I have been living and working with "at risk" teens for over 40 years here in California. Like Jessica Reznicek, I do not live and work for the poor for money. No one is paid here and no one is charged anything for the services we provide. I beg for everything and live like kings. I try to live simply. I am married and have two grown children (one a law clerk of a Federal Judge in S.F. and the other an actor in N.Y. City.). We take no money from the government and we do not seek Foundation Grant money to run our home for our destitute teens.

In the 44 years I have been living and working with the very poor, Jessica Reznicek is the most memorable person I have run across. She arrived here after her actions regarding the pipe line and volunteered to live and work with us for some months. Her spirit, her generosity, her compassion, her creativity, her love of life are all outstanding. She is enthusiastic about living. She is an exceptional human being. I am 76 years old and have worked with hundreds of guests and dozens of other co-workers; and I know that she is Gold.    This woman is a FORCE for life and life in abundance.

I see no upside for her to spend a long period of time in jail. This would be a waste. Wouldn't it be wiser to sentence her to a monastery for six months.

I do not write letters like this, your Honor. I believe this is the first I have ever written because I doubt they do any good. If you read this, thanks in advance.

Peace and gratitude,

Lawrence P. Purcell

Redwood City, Calif.

April 13, 2021

Brenna Cussen Anglada
███████████████████

Cuba City, WI ███████

Subject: Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

My name is Brenna Cussen Anglada, a farmer in Southwest Wisconsin. I am also a member of the Catholic Worker movement, a network of faith-based communities that care for the most vulnerable in our society and work for justice for people and for the land.

I am writing on behalf of Jessica Reznicek, whom I have known through the Catholic Worker movement for close to ten years. I have great admiration for the way Jessica has committed her life to serving the poor, to her spiritual growth, and to nonviolent communication in her relationships.

For most of the last ten years, Jessica has lived and worked at the Des Moines Catholic Worker, where she cooks and distributes hot meals, fresh produce, warm blankets, and pantry items to those in need. While doing these daily tasks, Jessica has also organized with rural and urban Iowans to address climate change, and has provided nonviolent accompaniment to community organizers in militarized zones in other parts of the world. In fact, I first got to know Jessica more deeply in 2012, when I set up speaking engagements for her and a colleague at Loras College in Dubuque, IA, where they spoke about their experience working overseas with the Meta Peace Team in the capacity of providing nonviolent accompaniment to farmers being violently pushed off their land.

Over the last few years, I had the chance to know Jessica better, as she began the process of seriously discerning a vocation to the religious life. She visited my community, St. Isidore Catholic Worker Farm, to ask me about the different religious communities I had been involved with in my past. It was clear to me that Jessica was sincere in seeking deep spiritual growth; a few months after her visit, she moved to Duluth to pursue a relationship with the St. Scholastica Benedictine Monastery. As I frequently visit Duluth, I got to spend time with Jessica and witness her utter joy as she went to Mass and prayer every morning at the Monastary. I had never seen Jessica so happy as when she was spending time at the Monastery, in work and in prayer.

I was grateful for, and proud of, Jessica when she began the "Mississippi Stand" camp in Southeast Iowa in 2016, taking whatever actions she could to try to stop the construction of the Dakota Access Pipeline (DAPL) as it was being built under the Mississippi River from Iowa into Illinois. Jessica and her fellow organizers attended public commentary hearings, gathered signatures for valid requests for Environmental Impact Statements, and participated in Civil Disobedience, hunger strikes, marches,

rallies, boycotts, and encampments. Along with hundreds of others, I joined Jessica one day in 2016 for a legal march and act of civil disobedience. Jessica was clear that the protest would remain completely nonviolent, and she asked me and others to lead the group in a nonviolence training.

Despite her tireless efforts, Jessica continually witnessed the government's refusal to hear the people's demands to stop DAPL. It was only after a string of disappointments in what she saw as the inability of the government to protect the Earth and water that she loved so dearly from destructive pipeline projects that Jessica decided to take more a more direct approach.

Desperate to stop the pipeline's ability to harm Iowa's precious soil and the beautiful Mississippi River, and understanding that DAPL's actions should be considered illegal (in July 2020, the U.S. District Court for the District of Columbia canceled DAPL's permit and ordered it to undergo a more thorough environmental review), Jessica and her friend took nonviolent, direct action against the pipeline. They disabled construction machinery in order to protect the land. No one was injured by their actions, and the land was protected from the flow of oil for an additional six months.

Because Jessica took the action she did, my life, and the lives of so many beings on our planet, were protected for more time. I am grateful that Jessica took such courageous action, despite knowing the risk it involved for herself. Hers was a selfless act, seeking the good of the Earth, and the good of humanity.

Since Jessica took this action to stop the pipeline, she has embarked on a deep spiritual journey. It is clear that Jessica is committed to continuing on this journey with the St. Scholastica Benedictine community in Duluth, if possible, and that she has no interest in participating in future illegal actions that could jeopardize for her that way of life, which has brought her so much joy and peace. Jessica has found her calling within this monastic community, and has found a new, more stable path in which to pour her passion and energy. The legal uncertainty of the last several years for Jessica have been extremely trying, and I trust that Jessica is committed to a way of life that will not result in her coming into conflict with the law ever again.

Thank you so much for taking the time to read this letter. Feel free to contact me with any questions, clarifications, or concerns.

Sincerely,

Brenna Cussen Anglada

Cuba City, WI

Susan Crane
Redwood City Catholic Worker
████████████████
Redwood City, CA ██████

April 13, 2021

Melanie Keiper, Federal Public Defender
400 Locust Street, Suite 340
Des Moines, IA 50309

Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger,

Jessica Reznicek has been a friend for several years. She has stayed with us at the Catholic Worker House in Redwood City, and I have been with her on many other occasions.

While she was visiting here, at our house of hospitality, I saw her interact with young children, teens, and elders. She was unique in that she was able to engage everyone in the house, laugh with them, play music, and talk to each person about their interests. Not many people who come bring delight to folks in their 80s, as well as children in elementary school. She found value in each person, and brought forth laughter and good discussion.

Jessica cares deeply about the next generations, about the earth, about the world she is leaving for the young children. Aren't we all concerned about this? When I think about how the waterways in California, and throughout the world, have been polluted, how the soil is contaminated with corporate waste, I wonder why I don't have the inspiration to do more to get the water, soil and air clean again. We need people like Jessica who can continually remind us that we, as brothers and sisters, can do better.

I know that her actions are based in love; based in love of the earth, of the animals, plants and people.

Jessica has lived a life of service, at the Des Moines Catholic Worker, where she cooked food and served the poor. She continued that service in Duluth, and even when she visited us, she was doing the work that needed to be done to serve those who were hungry and cold, and she helped with our Shower Program.

I hope you can see her as the good, steadfast, person she is, and I hope that you make it possible for her to immediately return to her work with the poor, and with those hoping to continue to make the earth livable for organized human life.

Thank you for reading this.

Susan Crane

Regarding the Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

June 7, 2021

Dear Judge Ebinger:

I am writing to you about Jessica Reznicek who is scheduled to be sentenced by you on June 30, 2021.

I am a writer and a Catholic Worker living in Washington, DC. For over 40 years, I have been involved in working with the poor and homeless and advocating for social justice, peace and nonviolence.

I have met Jessica on several occasions and have followed her work over the years. What impresses me most about Jessica is her compassion for people, her love for the environment and all of God's creation, and her unrelenting commitment to stand for social justice. Over the last ten years she has managed soup kitchens in Iowa, organized with rural and urban Iowans to address climate change and provide nonviolent accompaniment to community organizers in militarized zones in other parts of the world.

Jessica's core belief in the interconnectedness of all life on our planet led her to work as a water and land protector for future generations. Jessica believes when one is affected, we are all affected, because we are all one family. Out of her deep held faith and conscience convictions, Jessica took a stand against the construction of the Dakota Access pipeline, as it was being built under the rivers and through the soil of Iowa, her home. She, along with many others in the region, believe that this pipeline endangers the public health and safety of people who live in proximity to it and beyond. Prior to her action, she attended public commentary hearings, gathered signatures for valid requests for Environmental Impact Statements, and participated in hunger strikes, marches and rallies, boycotts and encampments. But she only witnessed the government's refusal to hear the people's demands.

On February 6th, 2021 Jessica pleaded guilty to one Count of Conspiracy to Damage an Energy Facility. She has taken responsibility for her action. As you sentence Jessica, I hope and pray you will take into account her sincere motives,

and her life-giving witness of serving the poor and those in need and helping to protect and save the earth, our common home, from further environmental devastation. While the government will be recommending a prison sentence for Jessica, I appeal to you, especially in this pandemic time, to do the right thing and give her an alternative sentence that does not involve imprisonment.

Thank you, Judge Ebinger, for taking the time to read my letter.

Sincerely,
Art Laffin
██████████████████
Washington, DC ██████

May 18, 2021

Annie Tucker



Iowa City, IA ████

Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger,

I am a mediator in Iowa City, Iowa and direct Mediation Services of Eastern Iowa, a 501(c)3 nonprofit that oversees court connected mediation programs in the Sixth Judicial District.

I am writing in support of Jessica Reznicek. I met her when I helped host an event where she spoke at the Iowa City Public Library to explain the situation related to the Dakota Access Pipeline (DAPL) and its potential consequences. I have close friends who were active in the efforts to publicize the DAPL situation and who worked closely with Jessica when she was in SE Iowa. My friends are, like me, in our sixties and seventies.

I know her to be a young woman who consistently puts herself in situations where she can serve and meet the needs of a variety of people. She is currently living in the Des Moines Catholic Worker House cooking and feeding an average of 100 people a day. As you no doubt know, her service to the best in people and humanity has spanned the globe.

Whether we are parents raising our children (and I have four adult children) or are local community members wanting the best for all members of our community or are global citizens who want to ensure that life on earth continues, we strive to instill in ourselves and others a sense of caring about others and the earth and the will to do what one can to make the world a better place. I am grateful to Jessica for living that.

Jessica looks and sees needs and works to meet them.

In 2016, Jessica and others took a stand against the construction of the Dakota Access Pipeline as it was being built under the rivers and through the soil of Iowa. They attended public commentary hearings, gathered signatures for valid requests for Environmental Impact Statements, and participated in Civil Disobedience, hunger strikes, marches and rallies, boycotts and encampments.

She is a person who strives to nurture the best in people wherever she is.

Nonetheless, I ask that you not sentence her to prison.

If you feel a need for the court to monitor her, please ask her to write you or the court letters, monthly or annually, to let you know how she is contributing to society and the planet and what she is learning.

Thank you so much for reading this letter.


Annie Huntington Tucker

████

Iowa City, IA ████

████

April 16, 2021

Ashley Walker
███████████
Mobile, AL ████

RE: Sentencing of Jessica Rezniek, USDC 4:19-CR-00172 RGE-HCA

Dear Judge Ebinger:

My name is Ashley Walker, and I am a social worker at AIDS Alabama South in Mobile, Alabama. I lived and worked with Jessica Reznicek at The Des Moines Catholic Worker House in 2007. During this time, I lived in community with Jessica, and I was inspired by her passion and commitment to serve the homeless, the environment and to practice the Works of Mercy. Jessica was a leader in The Des Moines Catholic Worker, and she was a beacon of hope  not only for myself but for many of the guests we served. While serving at The Des Moines Catholic Worker, I found solace that Jessica was there to show me the ropes on how to serve our guests and how to serve the community where we lived. Under her guidance, I was able to grow the confidence to love myself and to be an advocate for social change in Des Moines.  Thus, living in community with Jessica allowed me to grow into the person I am today. Without the experience of living at the Des Moines Catholic Worker House, I do not think I would be a social worker today. Furthermore, knowing Jessica allowed me to identify my value system and to find family during a time when I was alone. Her energy was infectious and welcoming and without her guidance I would have been a leaf tossed to and fro. Thus, she allowed me to find my center and create a tool kit that has allowed me to identify the strength within myself to keep moving forward.

The good that Jessica has done for her community is monumental. She has advocated for the working poor, the environment, served countless homeless guests and always served with a smile. She helped create a home for our guests who were struggling with a wide array of issues. She was infectious and a good cook. Her attributes of positivity and greatness are endless, and I am thankful to have served with her at The Des Moines Catholic Worker House.

I write this letter to ask Judge Ebinger to not sentence her to jail. Jessica is a good person who is needed in the community to continue doing the work of serving the underprivileged, the working poor and people who are homeless.

Thank you Judge Ebinger for taking the time to read my letter, I appreciate your time and service.

Sincerely,

Ashley Walker

Charles Mertes

Pleasant Hill IA ▉▉▉

Subject: Regarding sentencing of Jessica Reznicek   USDC 4:19-cr.00172 RGE-HCA

Dear Judge Ebinger;

My name is Charles Mertes and I am a retired Food Safety Inspector for the USDA. In the past 6 years I have volunteered at the DesMoines Catholic Worker and have come to know a number of the Workers, including Jessica Reznicek.

I have seen Ms. Reznicek cook & serve meals, provide care & supplies, and work tirelessly for social justice issues. This work has carried her across the United States as well as around the globe to defend and aid the poor & powerless, even at risk to her well-being. Her hard work & positive attitude has been an inspiration to many in her community. Her profound sense of justice made it impossible for her to stand idly by as a private company exercised eminent domain to cross rivers, watersheds & burial grounds on indigenous reservations. She engaged in peaceful protest at Standing Rock and other sites but was aware that cries for justice were falling on deaf ears. She then embraced a final desperate solution, to physically sabotage the workings of the pipeline, taking care to harm no persons. She turned herself in to demonstrate her commitment and perhaps to spur others to support its opposition to this pipeline.

I write this letter to ask that she be considered for probation and not imprisonment. I know her to be a person of her word and am certain she will continue working for social justice issues with the Benedictine community in Duluth. Her obedience to her vows and desire to spark positive change in the world will prevent her from reoffending, but I am certain she will participate in whatever peaceful (non-destructive) protests the order is involved in. She is too valuable to be lost into the prison system. Thank you for your attention to this matter.

Sincerely

CHARLES MERTES

Charles Mertes

Pleasant Hill IA ▉▉▉

April 14, 2021

Judge Rebecca Goodgame Ebinger.
C/O Melanie Keiper Federal Public Defender
400 Locust Street, Suite 340,
Des Moines, IA 50309-2353

Subject: Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I have known Jessica Reznicek for over 15 years.  She is a friend of our family in Des Moines and has been to many of our family gatherings.   She is a woman with a troubled past but through working with the poor, she has found purpose and direction in her life.  It would be a shame to place this woman with so much love and commitment to the poor in a cell.

On a personal level, she has challenged me to look inward and ask myself how I am improving the lives of those less fortunate and what kind of legacy I am leaving behind to my children and grandchildren. If you were to spend any time with her, you would realize her level of commitment for the poor and our earth and that she is a person of peace.

Jessica has admitted to her crime.  The community would be better served if you were to sentence her to work with the poor, where she would be improving the lives of those most in need and she would not be a financial burden on the state.

Thank you Judge Ebinger for taking the time to consider my request.  I will be praying for you as you make this very important decision.

Sincerely,

Bill Cordaro

Kansas City, MO



April 17, 2021
Eddie J. Mauro

█████████████████

Des Moines, IA █████

RE:  Sentencing of Jessica Reznicek – USDC 4:19-cr 00172 RGE-HCA

Dear Judge Ebinger –

My name is Eddie Mauro.  In addition to leading a Wholesale Insurance Firm, I have been a teacher and coach and a community organizer and advocate.  I got started in those latter vocations because of my introduction to the Catholic Worker Community as a 14-year-old participating in service projects.  I have forever been assisting the Catholic Worker with time and resources.

I am writing a letter of support for Jessica Reznicek.  I know Jessica through her work at the Catholic Worker.  Jessica was a critical component of the community for years assisting those in need.  This included families, Veterans, people with mental health challenges, addiction challenges, homelessness and more.  He example has been inspirational and a great example for the community at large to follow.

Judge Ebinger, the community would be better served with Jessica outside of the prison system and in the neighborhoods where she can continue to provide assistance, comfort and support to the many people in need in our communities.  I humbly ask that you not sentence her to any detention time.

Thank you for your consideration.

Sincerely,

Eddie J Mauro
*president*
*chief operating officer*

---

The Agent Agency                    Arizona  |  Iowa  |  Kansas  |  Louisiana  |  Missouri  |  North Carolina

address: ██████████████████████████████████████████

EXHIBIT A - DEFENDANT REZNICEK'S LETTERS OF SUPPORT,  Page 51 of 68

April 17, 2021

Jeffrey J. Weiss
█████████████   Des Moines, IA █████████████████████████

Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA


Dear Judge Ebinger:

My name is Jeffrey J. Weiss. I am an adjunct professor at Des Moines Area Community College and worked for years as the Peace Education Director of  the American Friends Service Committee (the Quakers). I have also served recently as the director of Catholic Peace Ministry. I met Jessica Reznicek during the "Occupy Wall Street' movement and through her work helping the poor as a member of the Catholic community.
Jessica Reznicek  is a person who believes in social justice and that many people are hurting.  I saw this in how she would work to prepare and directly deliver meals to the homeless.  I saw this when she spoke to church groups during Occupy Wall Street in her compassion for the poor and the concerns of the faithful in the room.      I write this to ask you to have mercy on my friend. In addition, I want to thank you for reading this letter and your kind consideration.

Jeffrey J. Weiss
███████████████
Des Moines, IA ████████
█████████████

Dear Judge Ebinger:

I was part of the Catholic Worker community in Iowa for the past 20 years having recently retired in June 2020. I have known Jessica in this context for the past 10 years.

Judging by her actions over this time, I know her to be intelligent, thoughtful and a responsible steward of the earth's resources. She understands how fragile our situation is ecologically and is courageous enough to take action to support life. She puts her beliefs into practice by performing the biblical Works of Mercy and caring for the most vulnerable in our society. There is no more important work than feeding hungry people and helping to insure that basic resources, like clean water, are available for everyone.

Thank you for reading my opinion, Judge Ebinger.

Fran Fuller
███████████
Hartford, IA   ████

Dear Judge Ebinger,

We are retired educators who live in Des Moines and know Jessica Reznicek through her work at the Des Moines Catholic Worker House.

We believe Jessica is a woman of peace who felt called to engage in an act of civil disobedience due to her concern about climate change and its impact on life on Earth. No one was injured in this action, as was Jessica's intent.

Because of this, we respectfully request that Jessica receive probation instead of jail time when you sentence her later this month. Her peaceful presence in the world and her service to others are gifts that our community needs.

Thank you for considering our comments.

Sincerely,
Mona and Steve Gude

April 7, 2021

Jon Krieg
██████████

Des Moines IA ████

Regarding Sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA

Dear Judge Ebinger:

I write to urge you not to sentence Jessica Reznicek to jail.

I have been a lifelong, nonviolent peace activist in Des Moines. I have met Jessica on a few occasions but cannot say that I know her well. I do appreciate the work she and others in the Catholic Worker community have done in support of people who are homeless and/or hungry.

While I have never supported property destruction as a means of social change, I do believe that Jessica acted with the worthy attention of stopping a pipeline that will only hasten climate change and the destruction of our biosphere. This is clearly an existential matter for humanity, and it's also clear that the fossil fuel industry's grip on lawmakers makes change very, very difficult to attain through the legislative process.

I do not think that sentencing Jessica to jail will benefit her or society.

Thank you for considering my views.

Sincerely,

Jon Krieg (via email)
██████████

Dear Judge Ebinger:

I am a peace activist born and raised in Chicago where I have lived for most of my life. While teaching in a Jesuit High School in Chicago, I was fortunate to learn about Catholic church social teachings and the strong commitment of many faith-based communities to live in accord with these teachings.

I have met Jessica Reznicek through her work with the Catholic Worker community in Iowa. Sometimes her community would invite me to speak about experiences living among people in war zones who could not escape bombings and invasions. Jessica showed genuine curiosity, deep care for civilians and soldiers affected by war, and a delightful, welcoming readiness to be friends with me. I've been grateful for her friendship and the chance to learn from her.

Like Jessica, I believe it's crucial to speak up clearly about the climate catastrophe we face and the responsibilities of corporations and governments to stop abusing our common mother earth. The urgency she has communicated was important for me to grasp.

I appreciate Jessica's commitment to live simply, share resources, and pursue nonviolent means to resolve conflicts. I believe her kindness and her passionate commitment to build a better world will continue to benefit communities wherever she lives. Confining her to a prison would more or less place her light under a bushel, although I feel sure she would do her best to study and write while in prison.

Jessica is a resilient, thoughtful person. I hope you and she will have time to interact and that you will be inclined to join her in seeking to fulfill the works of mercy.

Thank you for reading this letter.

Sincerely,

Kathy Kelly

Co-founder: Voices in the Wilderness and Voices for Creative Nonviolence

███████████

St. Charles, IL ████

April 6, 2021
Jade Suganuma
Des Moines, IA ▇▇▇

Subject: Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-
00172 RGE-HCA

Dear Judge Ebinger,

My name is Jade, and I write to you in
regards to the sentencing of Jessica
Reznicek, which is scheduled for May 28 at
9:30 A.M. I have known Jessica for over
six years and have lived and worked with
her at the Des Moines Catholic Worker
House, where we serve food to the houseless
populations of our city.

Jessica is one of the kindest and
most dedicated people I know. She is an
extremely hard worker -- she's always on time,
and she's always picking up extra work and
doing more than is asked of her. She is truly
dedicated to her community and has a
heart full of love for humanity and compassion
for everyone she comes into contact with.

She is a nature lover and spends all
of her free time outside, whether gardening,
hiking, swimming, playing music, sharing
a deep moment with friends and
community. Recently, I witnessed Jessica
walk a friend of mine through a mental
health crisis, someone she barely knew, with
so much ease and compassion, you'd think
they'd known each other for decades.

I write all of this to say that
if Jessica goes to prison, countless lives
will be affected, and endless opportunities
will be missed where she could positively
impact a stressful situation. For the past

ten years, Jessica has worked at soup kitchens, pouring her heart and soul into selflessly serving her community, and she will continue to do so for as long as she lives.

Jessica committed her crime out of a strong love for her community, to protect the natural environment that sustains all forms of life through clean water. Her actions did not physically harm anybody. She has a deep commitment to nonviolence, and she acted as she did in order to prevent future violence and harm from being done unto others. I feel I have personally been protected as a result of her actions since I too only survive by means of having access to clean water.

I believe there is a very low risk of Jessica committing future crimes, as this one was merely a last chance effort to convince people that communities need to look out for each other and prioritize our natural environment for everyone's health and safety. Jessica embodies the meaning of community and putting others before yourself, and I simply ask that you allow her to continue to do this for decades to come.

Thank you for reading this letter,

Jade Suganuma

Des Moines, IA

Melanie Keiper, Federal Public Defender
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353


April 20, 2020
Richard Flamer
Chiapas, Mexico
Subject: Regarding sentencing of Jessica Reznicek 4:19-cr-000172 RGE-HCA

Dear Judge Ebinger,

I am an old man with a great life of service behind me. Along the way of my crooked path I have been blessed to meet some wonderful, caring souls. Jessica Reznicek is a sterling stand-out among those wonderful people. In my time as a Catholic Worker, both in Des Moines and in Chiapas, Mexico I have had the honor of working with Jessica serving the poor.

Unlike many in the Catholic Worker movement, she is both spiritual and a worker. Her faith is, quite honestly, staggering to me. Her life, since I have known her, now over 15 years, has been a light- a shining brilliant beam, for all who encounter her. Her work is always exemplary. Not only in her service at the Worker where she still, to this day, cooks for 50 to 150 street people but also, when I have observed her in her paying jobs (usually part time as a waitress, cook or cleaning houses) she sets a fine example.  Usually cheerful, she often fills in for sick or absent employees.

As for Jessica's love of nature I can't say much. On her visits to our little Catholic Worker Farm she would first ask if there was any work to be done, if not she would take of walking with our dogs to explore our land. It must have suited her because she always came back enthused.

"Good Trouble" proclaimed the late John Lewis. That, I believe, is what Jessica has been involved in for most of the time I have known her. Assisting in the Black Lives Matter, feeding children in Duluth, Minnesota or protesting against the Drone Program she has always been a pacifist and humanist. I can only surmise the actions of Jessica regarding the pipeline incident but I know that she would have exhausted all the legal remedies possible before her action. I know that she would have been careful to take precautions to see that no one would be hurt. I believe the only people burdened by the equipment destruction were the owners of the equipment (most assuredly covered by insurance.) Certainly the farmers, the Indigenous, the poor families whose lands were taken were not injured. Nor were those poor saddened to see the construction halted.

The sad people are those of us who work and pray with Jessica. We are saddened at the possibility that this wonderful woman might go to jail. Probation would be a wonderful thing as she could continue to contribute the better world we are all trying to create.

Jessica Reznicek is a great force for good in this world. The world would be much better served if she was free from confinement.

Thank you Judge Ebinger for your thoughtful review of this letter.
Richard Flamer, ████████████, Santa Lucia, Chiapas, █████ Mexico

Dear Judge Ebinger,

Please have mercy on Jessica Reznicek (USDC 4:19cr-00172RGE-HCA) who was involved in the resistance to the pipeline on Indian land. Jessica is a person committed to justice and peace. She was a member of the Des Moines Catholic Worker. She donated her time and energy in helping the needy and indigent in the city. She is committed to protecting the environment and practicing justice to the native peoples. She is not a person who harms people, but she is a committed positive help to those in need. She would like to continue her work with the needy, and for this reason we are asking that she not be imprisoned. There is a difference between a criminal and a protector of the land.

Thank you for your attention.

Peace,

Don Timmerman

Roberta Thurstin

████████

Milwaukee WI ████

████████

May 1, 2021

Dawn Jones

███████████████, Wellman Iowa, ██████

Melanie Keiper Federal Public Defender

400 Locust Street, Suite 340, Des Moines, IA 50309-2353

Subject: [Regarding Sentencing of: Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA]

Dear Judge Ebinger:

I am a 74 year old Grandmother and member of 100 Grannies, an environmental group centered in Iowa City. We Grannies are concerned that the air, soil and water are protected from contamination.

I have attended two talks by Jessica Reznicek and wish I were wise enough, loving enough, and brave enough to emulate her. I agree with her assessment that we humans on earth have allowed the principle of "the bottom line" to put the environment in a precarious position.

Jessica has acted to save the earth so those living now and those yet to be born will have drinkable water and breathable air. I believe she acts out of concern for all of us.

I am writing to ask you not to sentence Jessica to serve time behind bars. Our world is fragile and needs more people who care about it, as Jessica does, and who are willing to teach others that the earth and its denizens are sacred and deserve to be loved and protected.

Thank you for your time and your public service,

Dawn Jones

# Catholic Peace Ministry



## Des Moines, Iowa



May 7, 2021

To Judge Rebecca Goodgame Ebinger
c/o Melanie Keiper, Federal Public Defender
400 Locust St., Suite 340
Des Moines, Iowa 50309-2353

From the Board of Catholic Peace Ministry, Des Moines, Iowa.

Regarding the sentencing of Jessica Reznicek, USDC 4:19-cr-00172 RGE-HCA.

Dear Judge Ebinger:

We are writing to urge you not to sentence Jessica Reznicek to time in prison.

Catholic Peace Ministry is a citizens' grass roots peace and justice advocacy group in central Iowa based in nonviolence.  Many of us are well aware of Jessica's deep commitment to principles found in Catholic social justice teachings that animate us, at our best – things as basic as love all your neighbors, seek justice for all, respect the Earth, and work for peace actively and ardently.

Jessica is anything but a terrorist.  She has volunteered for a decade with the Catholic Worker Community here and the Benedictine monastic community in Duluth, providing food for the hungry, shelter for the homeless.  Her aspiration is to return to her faith community and spiritual journey.

Jessica has worked as a land-protector for future generations.  Her environmental activism has deep roots, going back to childhood close to the Raccoon River here in central Iowa, which had a profound effect on forging her conviction to protect and rescue our part of imperiled Earth.

Coincidentally, the *Register's* page-one, top headline for April 13 read, "Raccoon called a top 'endangered river'." (The Raccoon is among our nation's 10 most-endangered waterways for 2021, named by the influential "American Rivers" environmental advocacy non-profit.)

Jessica has been sounding that alarm for years. She is not a terrorist; she is a truth-teller, an advocate for Mother Nature, a citizen committed to protecting Iowa waters, a neighbor helping the poor, the hungry and homeless.

Thank you, Judge Ebinger, for considering our appeal for justice in the sentencing of Jessica Reznicek.

Sincerely,


Robert Brammer                              Patti McKee
Board member                               Director

On behalf of the Catholic Peace Ministry Board:

  Dr. David Drake   Steve Gude   Sr. Elaine Hagedorn   Lynne and Bill Howard   Maggie Maloney
        Jean Minahan   Patrick Minor   Fr. David Polich   Billie Wade   Robert Brammer

Dear Judge Ebinger,

I'm writing you in support of my personal hero Jessica Reznicek. I met Jessica at the Des Moines Catholic Worker, choosing to come here to do community service while taking online classes at Grinnell College. In the past year I've gotten to know and learn from a very lovely human who has taught me to be a better person, love others and love myself. Her commitment to social justice in particular has been very influential to me as a young feminist. She is deeply committed to fighting poverty and food insecurity and she shows this through the hours upon hours she spends cooking for and serving food to the public. She is a very powerful woman and a blessing to our community. Jessica should not go to prison because there is no reason for her to be in prison. She did not harm anyone through her acts, and she is the farthest thing from a domestic terrorist. She is a domestic benefactor, and the Des Moines community would be very negatively affected if she were put behind bars. It is not fair to the community for someone who does so much for them to be treated as disposable, when in reality she is very much needed in the world as she is always working to make it a better place.

Thank you for reading this letter, Judge Ebinger.

Jennifer Rodrigues Santos

 Des Moines,

April 23, 2021

Melanie Keiper Federal Public Defender
400 Locust Street, Suite 340
Des Moines, IA 50309-2353

Dear Judge Ebinger:

I am a friend of Jessica Reznicek (USDC 4:19-cr-00172 RGE-HCA) and am writing to
urge you not to sentence her to jail time when you prescribe her sentence on May 28th.

I've known Jessica for a number of years, as a Catholic Worker in the Des Moines
community. I saw the way she lived out her faith by providing help for the hungry, the
homeless and others seeking support at the Catholic Worker House. As I grew to know
her, I learned of her passion for our planet Earth, and particularly her concern about our
rivers that grow more polluted every day. I sometimes stood with her in vigils opposing
the construction of the Dakota Access Pipeline, knowing how it harms the environment.
But those in power refused to listen to the concerns being expressed by so many
citizens. Since those efforts were ineffective, and because Jessica felt so strongly
about preserving good water and soil for generations to come, she continued to oppose
the Pipeline. I admired her commitment and courage as I watched her participate in a
hunger strike, and finally take the action leading to this sentencing.

Jessica is a person of faith who only wants to protect soil and water for future
generations. As a great grandmother of four beautiful young children, I'm grateful to her
for what she is willing to risk to protect their future. She poses no threat in any way to
the public. I urge you not to sentence her to jail, but let her continue her works of
mercy, now located at the Benedictine monastery in Duluth.

Thank you for considering my views.

Sincerely,

*Eloise M. Cranke*

Eloise M. Cranke

Eloise M. Cranke

Des Moines, IA

April 22,2021
Stephen Jacobs
St. Francis Catholic Worker
████████████████
Columbia, MO █████████

**Regarding Sentencing of Jessica Reznicek,  USDC 4:19-cr-00172RGE-HCA**

Dear Judge Ebinger;

      Like Jessica, I'm a Catholic Worker from Columbia, MO. And like Jessica; I joined the Catholic Worker to live in community with other pacifists, and as our founder, Dorothy Day said, "to comfort the afflicted" by acting out the sermon on the mount" and to afflict the comfortable", by speaking truth to power. There is a long history of resisting war and social injustices with vigils and non-violent civil disobedience in the Catholic Worker movement. We are pacifists and non-violent towards all people.

      I know Jess from Catholic Worker gatherings and from visiting the Des Moines Catholic Worker from time to time and other demonstrations for peace and social justice. I joined a couple pipeline protests that she organized.

      While visiting the Des Moines CW a few years ago, I witnessed her intercede in an argument in the street in front of her house where a few homeless folks were exchanging threats and about to become violent. She placed herself between the protagonists and quickly and skillfully de-escalated it. Had she not taken the time prior to this, to get to know her homeless neighbors by feeding them in their soup kitchen and treating them with respect and dignity, they would not have listened to her. She is a fearless advocate for the poor.

      Before damaging equipment, Jessica tried working within the system, attending hearings with the environmental regulatory boards that issued pipeline permits and was essentially ignored again and again by state officials who sided with the fossil fuel corporations. These boards and state officials refused to address the impact of another pipeline on global climate change while preferring to limit their rulings on the narrow interpretations of what is legal. But you as a judge probably know better than most that - what may be legal is not always what is fair and just. U.S. laws have been tilted in favor of the fossil fuel industry and their lobbyists campaign contributions which buy undue influence with state officials.

      I find it quite ironic that there would not even be a case had she not admitted publicly her attempts to stop the pipeline. This speaks directly to her honest integrity to take personal responsibility for her actions. I would also point out that she took great pains in preventing anyone from being injured by damaging the very corporate property that destabilizes our climate and brings rising coastlines and runaway climate change nearer and endangers us all. Her unwillingness to harm human beings is a hallmark of the Catholic Worker movements ethical resistance to evil. She is not the dangerous one in this scenario. Her actions may be shocking to some, but the times call for urgent action to protect the earth from those who profit from it's destruction and extraction of fossil fuels.

      It is ironic that the day I write this plea for Jessica, President Biden was unveiling plans to increase the use of electric vehicles by 60% in 10 years. If it succeeds, then cars and

trucks fueled by fossil fuels will mostly be gone in 20 years. Pipelines will soon be obsolete and abandoned by their corporate owners.

In the time between revealing her actions and awaiting prosecution for them, she has been invited to join and has been participating in community life with the Benedictine Sisters of Duluth, MN. If sentenced to probation, she will do far more good with them in Duluth than she could ever do in jail. But beyond typical arguments for justice there should also be an appreciation for Jessica's role as a truth teller and one who challenges the rest of us to do more to protect the planet and prevent the fossil fuel industry from holding the health and well-being of future generations hostage to their desire for short term profit.

But if you are dis-swayed by these factors and feel you must sentence her, then I respectfully, would suggest that a far more creative and sensible sentence would be to have her plant 3,000 trees over the next two years. A sentence like that would benefit all of us and the planet too and be far more preferable than having the taxpayers pay to house her in jail. It might even redirect her away from "illegal" action and keep her out of your hair.

Thank you for considering this letter.

Respectfully;
Steve Jacobs

27th April 2021

127th April 2021

Linda pon Owen

Brattleboro, VT

Regarding: Sentencing
of Jessica Reznicek,
USDC 4:19-cr-00172 RGEHCA

Dear Judge Ebinger,

I am an eighty-two year old grandmother deeply concerned about all children; those living now and those yet to be born.

This young woman, Jessica Reznicek, who I know from being introduced to her through friends in the Catholic Worker Community, has spent many years of her life helping to give support and sustenence to children and adults in need of life's basic requirements. She has worked long and hard to this end. To put this dedicated woman in jail, to abort her unflagging desire to be, I believe, what is the best in a human being would effect adversely the lives of many people.

Please think on this.

Thank you for reading my words

Sincerely, Linda pon Owen

Brattleboro, VT

EXHIBIT A - DEFENDANT REZNICEK'S LETTERS OF SUPPORT, Page 68 of 68