

GOVERNMENT
EXHIBIT

8

4:19-cr-172



GOVERNMENT
EXHIBIT
9
4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
10
4:19-cr-172

PENGAD 800-631-6989