

GOVERNMENT EXHIBIT
14
4:19-cr-172



GOVERNMENT EXHIBIT
15
4:19-cr-172



GOVERNMENT EXHIBIT
16
4:19-cr-172



GOVERNMENT
EXHIBIT
17
4:19-cr-172



GOVERNMENT EXHIBIT
18
4:19-cr-172