

GOVERNMENT EXHIBIT
25
4:19-cr-172



GOVERNMENT EXHIBIT
26
4:19-cr-172