

GOVERNMENT
EXHIBIT

27

4:19-cr-172



GOVERNMENT
EXHIBIT
28
4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
29
4:19-cr-172