

GOVERNMENT
EXHIBIT

30

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

31

4:19-cr-172



GOVERNMENT
EXHIBIT

32

4:19-cr-172



GOVERNMENT
EXHIBIT

33

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

34

4:19-cr-172

PENGAD 800-631-6989