

GOVERNMENT
EXHIBIT

35

4:19-cr-172

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

36

4:19-cr-172



GOVERNMENT
EXHIBIT

37

4:19-cr-172