

GOVERNMENT EXHIBIT
38
4:19-cr-172



GOVERNMENT EXHIBIT 39 4:19-cr-172



GOVERNMENT
EXHIBIT
40
4:19-cr-172