



GOVERNMENT EXHIBIT
46
4:19-cr-172



GOVERNMENT EXHIBIT 47 4:19-cr-172



GOVERNMENT EXHIBIT
48
4:19-cr-172