

GOVERNMENT EXHIBIT 49 4:19-cr-172



GOVERNMENT EXHIBIT
50
4:19-cr-172