

GOVERNMENT EXHIBIT
51
4:19-cr-172

