

GOVERNMENT EXHIBIT
53
4:19-cr-172



GOVERNMENT EXHIBIT 54 4:19-cr-172