



GOVERNMENT EXHIBIT
56
4:19-cr-172



GOVERNMENT EXHIBIT 57 4:19-cr-172



GOVERNMENT EXHIBIT 58  4:19-cr-172  PENGAD 800-631-6989



GOVERNMENT EXHIBIT 59 4:19-cr-172





GOVERNMENT EXHIBIT 61 4:19-cr-172



