A/V Exhibits to Government's Sentencing Memo

DVD contains Exs. 2 through 7, and 64