IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JESSICA RAE REZNICEK, Defendant. | No. 4:19-cr-00172-RGE-HCA<br><br>SENTENCING HEARING EXHIBIT LIST |
|---|---|

# GOVERNMENT EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Via Pacis 4/2017 Article | X | X | | X | | | 6/30/2021 |
| 2 | YouTube Interview w/ Reznicek | X | X | | X | | | 6/30/2021 |
| 3 | DGR Reznicek | X | X | | X | | | 6/30/2021 |
| 4 | Facebook – Train blockage | X | X | | X | | | 6/30/2021 |
| 5 | Iowa City Library Event - video | X | X | | X | | | 6/30/2021 |
| 5A | Iowa City – video Reznicek How To Stop Pipeline | X | X | | X | | | 6/30/2021 |
| 5B | Iowa City – video Reznicek Share/Encourage tactics | X | X | | X | | | 6/30/2021 |
| 5C | Iowa City – video Montoya Go and Take Risks | X | X | | X | | | 6/30/2021 |
| 5D | Iowa City – video Montoya It aint no big deal | X | X | | X | | | 6/30/2021 |
| 5E | Iowa City – video Montoya This works | X | X | | X | | | 6/30/2021 |
| 5F | Iowa City– video Montoya you can do this | X | X | | X | | | 6/30/2021 |
| 5G | Iowa City  video you don't need a workshop | X | X | | X | | | 6/30/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 6-1 | Video – Minneapolis Part I | X | X | | X | | | 6/30/2021 |
| 6-2 | Video – Minneapolis Part II | X | X | | X | | | 6/30/2021 |
| 6A | Video – Minneapolis Reznicek consider property destruction | X | X | | X | | | 6/30/2021 |
| 6B | Video – Minneapolis Reznicek FBI Needs | X | X | | X | | | 6/30/2021 |
| 6C | Video – Reznicek Feds don't have much | X | X | | X | | | 6/30/2021 |
| 6D | Video – Minneapolis Reznicek mask up | X | X | | X | | | 6/30/2021 |
| 6E | Video – Minneapolis Montoya we didn't get caught | X | X | | X | | | 6/30/2021 |
| 7 | Video – Reznicek/Montoya encouraging others | X | X | | X | | | 6/30/2021 |
| 8 | Photograph | X | X | X | X | | | 6/30/2021 |
| 9 | Photograph | X | X | X | X | | | 6/30/2021 |
| 10 | Photograph | X | X | X | X | | | 6/30/2021 |
| 11 | Photograph | X | X | X | X | | | 6/30/2021 |
| 12 | Photograph | X | X | X | X | | | 6/30/2021 |
| 13 | Photograph | X | X | X | X | | | 6/30/2021 |
| 14 | Photograph | X | X | X | X | | | 6/30/2021 |
| 15 | Photograph | X | X | X | X | | | 6/30/2021 |
| 16 | Photograph | X | X | X | X | | | 6/30/2021 |
| 17 | Photograph | X | X | X | X | | | 6/30/2021 |
| 18 | Photograph | X | X | X | X | | | 6/30/2021 |
| 22 | Photograph | X | X | | X | | | 6/30/2021 |
| 23 | Photograph | X | X | | X | | | 6/30/2021 |
| 24 | Photograph | X | X | | X | | | 6/30/2021 |
| 25 | Photograph | X | X | | X | | | 6/30/2021 |
| 26 | Photograph | X | X | | X | | | 6/30/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|-----|-------------|---|---|-----|---|-----|----|------|
| 27 | Photograph | X | X | | X | | | 6/30/2021 |
| 28 | Photograph | X | X | | X | | | 6/30/2021 |
| 29 | Photograph | X | X | | X | | | 6/30/2021 |
| 30 | Photograph | X | X | | X | | | 6/30/2021 |
| 31 | Photograph | X | X | | X | | | 6/30/2021 |
| 32 | Photograph | X | X | | X | | | 6/30/2021 |
| 33 | Photograph | X | X | | X | | | 6/30/2021 |
| 34 | Photograph | X | X | | X | | | 6/30/2021 |
| 35 | Photograph | X | X | | X | | | 6/30/2021 |
| 36 | Photograph | X | X | | X | | | 6/30/2021 |
| 37 | Photograph | X | X | | X | | | 6/30/2021 |
| 38 | Photograph | X | X | | X | | | 6/30/2021 |
| 39 | Photograph | X | X | | X | | | 6/30/2021 |
| 40 | Photograph | X | X | | X | | | 6/30/2021 |
| 41 | Photograph | X | X | | X | | | 6/30/2021 |
| 42 | Photograph | X | X | | X | | | 6/30/2021 |
| 43 | Photograph | X | X | | X | | | 6/30/2021 |
| 44 | Photograph | X | X | | X | | | 6/30/2021 |
| 45 | Photograph | X | X | | X | | | 6/30/2021 |
| 46 | Photograph | X | X | | X | | | 6/30/2021 |
| 47 | Photograph | X | X | | X | | | 6/30/2021 |
| 48 | Photograph | X | X | | X | | | 6/30/2021 |
| 49 | Photograph | X | X | | X | | | 6/30/2021 |
| 50 | Photograph | X | X | | X | | | 6/30/2021 |
| 51 | Photograph | X | X | | X | | | 6/30/2021 |
| 52 | Photograph | X | X | | X | | | 6/30/2021 |
| 53 | Photograph | X | X | | X | | | 6/30/2021 |
| 54 | Photograph | X | X | | X | | | 6/30/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| 55 | Photograph | X | X | | X | | | 6/30/2021 |
| 56 | Photograph | X | X | | X | | | 6/30/2021 |
| 57 | Photograph | X | X | | X | | | 6/30/2021 |
| 58 | Photograph | X | X | | X | | | 6/30/2021 |
| 59 | Photograph | X | X | | X | | | 6/30/2021 |
| 60 | Photograph | X | X | | X | | | 6/30/2021 |
| 61 | Photograph | X | X | | X | | | 6/30/2021 |
| 62 | Photograph | X | X | | X | | | 6/30/2021 |
| 63 | Photograph | X | X | | X | | | 6/30/2021 |
| 64 | Electronic Exhibit | X | X | | X | | | 6/30/2021 |
| 65 | Sealed exhibit filed at ECF No. 131 | X | X | | X | | | 6/30/2021 |

## DEFENSE EXHIBITS

| NO. | DESCRIPTION | I | O | OBJ | R | RSO | OS | DATE |
|---|---|---|---|---|---|---|---|---|
| A | 50 letters of support | X | X | | X | | | 6/30/2021 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order