UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: United States _____ vs. Jessica Rae Reznicek _____

District Court Case Number: 4:19-cr-00172-RGE-HCA

Appeal Fee (505.00) Status:  Pd ____   IFP ✓   Pending ____   Government Appeal ____

Counsel: Appointed ✓   CJA ____   Retained ____   Pro Se ____   Pro Bono ____   FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel ✓   Pro Se ____

Any reason why counsel should not be appointed: No.

Certificate of Appealability: Denied ____   Granted ____   Not Issue ✓

Pending post Judgment motions: Yes ____   No ✓

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes ____   No ✓

Simultaneous Opinion release Requested: Yes ____   No ✓

Trial Held: Bench ____   Jury ____   No ✓

Court Reporter: Yes ✓   No ____

Reporter's Name: Chelsey Wheeler (Plea & Sentencing)

Appealing: Order prior to final judgment ____ or final judgment ✓

***File this form with the Notice of Appeal***