# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2548

United States of America

Appellee

v.

Jessica Rae Reznicek, also known as Jessica Rae Anderson, also known as Jessica Lane Reznicek

Appellant

------------------------------

Climate Defense Project, et al.

Amici on Behalf of Appellant(s)

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:19-cr-00172-RGE-1)

------

**ORDER**

The motion to withdraw as counsel filed by Ms. Heather Quick is granted. Ms. Heather Quick for Ms. Jessica Rae Reznicek has been granted leave to withdraw from this case.

February 01, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans