# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2548

United States of America

Appellee

v.

Jessica Rae Reznicek, also known as Jessica Rae Anderson, also known as Jessica Lane Reznicek

Appellant

------------------------------

Climate Defense Project, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:19-cr-00172-RGE-1)

---

**MANDATE**

In accordance with the opinion and judgment of 06/06/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 27, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit